**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| THE STATE OF TEXAS et al. § | § |
| § Plaintiffs, § | § Civil Action No. _____ |
| § vs. § | § |
| GOOGLE LLC, § | § **JURY TRIAL DEMANDED** |
| § Defendant. § | § |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNREDACTED COMPLAINT UNDER SEAL

After having considered Plaintiffs' Motion for Leave to File Unredacted Complaint Under Seal, the Court hereby ORDERS that such motion be, and hereby is, GRANTED.

Therefore, Plaintiffs are hereby authorized to file an Unredacted Complaint under seal.