IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN
DISTRICT OF TEXAS SHERMAN
DIVISION

| | |
|---|---|
| THE STATE OF TEXAS<br>By Attorney General Ken Paxton<br><br>THE STATE OF ARKANSAS<br>By Attorney General Leslie Rutledge<br><br>THE STATE OF IDAHO<br>By Attorney General Lawrence G. Wasden<br><br>THE STATE OF INDIANA<br>By Attorney General Curtis Hill<br><br>COMMONWEALTH OF KENTUCKY<br>By Attorney General Daniel Cameron<br><br>THE STATE OF MISSISSIPPI<br>By Attorney General Lynn Fitch<br><br>STATE OF MISSOURI<br>By Attorney General Eric Schmitt<br><br>STATE OF NORTH DAKOTA<br>By Attorney General Wayne Stenehjem<br><br>STATE OF SOUTH DAKOTA<br>By Attorney General Jason R. Ravnsborg<br><br>and<br><br>STATE OF UTAH<br>By Attorney General Sean D. Reyes<br><br>      Plaintiffs,<br>  vs.<br><br>GOOGLE LLC,<br>      Defendant. | Civil Action No.: 4:20-CV-957-SDJ<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S URGENT MOTION FOR AN INTERIM PROTECTIVE ORDER TO PROVIDE DEFENDANT'S OUTSIDE ATTORNEYS ONLY WITH AN UNREDACTED VERSION OF THE COMPLAINT

Plaintiffs move the Court for the entry of an Interim Protective Order to Provide Defendant with an Unredacted Version of the Complaint ("*Interim Protective Order*") and further asks the Court to set a Rule 16 Management Conference for Thursday, January 28, 2021.

*Interim Protective Order*

An Interim Protective Order will allow the case to move forward, conserve resources, and promote an efficient administration of justice while the parties negotiate a more extensive Protective Order, which we anticipate will take effort and time.

Plaintiffs filed a redacted version of the Complaint alleging antitrust and deceptive trade practices against Google LLC on December 16, 2020 (Dkt. 1) along with a Motion for Leave to File Unredacted Complaint Under Seal (Dkt. 2). The Complaint contains confidential information from Google as well as other third parties, including Google's competitors.

On December 19, 2020, Plaintiffs provided Google with a copy of the 116-page Complaint removing redactions related to Google's own confidential information, but keeping in place some 22 redactions (16 of which relate to Google's contract with a third party, which Google already possesses). Sixteen days later, on January 4, 2021, Plaintiffs officially served Google with the redacted version of the Complaint giving it 21 days to file its Answer.

Third parties that provided Plaintiffs with confidential and sensitive information have expressed a concern over disclosing competitively sensitive information to Google without a protective order in place. Plaintiffs thus seek an Interim Protective Order requiring Google to limit review of an unredacted Complaint exclusively to outside attorneys only.  An Outside Attorneys Eyes Only designation will prevent the exchange of competitively sensitive business information while allowing Google's counsel to prepare its Answer to all of the allegations contained in the Complaint. A more extensive set of confidentiality designations and protections can be addressed

through a subsequent Protective Order.

*Rule 16 Management Conference*

Google's Answer is due Monday, January 25, 2021. Plaintiffs request the Court set a Rule 16 Management Conference for Thursday, January 28, 2021. Months of discovery, investigations, and the threat of Multi District Litigation, make a Rule 16 Management Conference prudent. Discovery in this case has been conducted over the past year through Texas's CID authority and the filing of an official Complaint is a culmination of that investigation. Additionally, the harm to citizens and the plaintiff States by Google's alleged harm is exponential.

For the reasons stated above, Plaintiffs ask the Court to (i) enter an Interim Protective Order to Provide Google with an Outside Attorneys Eyes Only Unredacted Version of the Complaint; and (ii) set a Rule 16f Management Conference for January 28, 2021.

A proposed order is attached.

**Dated:  January 5, 2021**

FOR PLAINTIFF STATE OF TEXAS:

/s/ W. Mark Lanier_____
W. Mark Lanier (*lead counsel*)
Mark.Lanier@LanierLawFirm.com
Alex J. Brown
Alex.Brown@LanierLawFirm.com
Zeke DeRose III
Zeke.DeRose@LanierLawFirm.com
**THE LANIER LAW FIRM, P.C.**
10940 W. Sam Houston Parkway N., Suite 100
Houston, Texas 77064
Telephone: (713) 659-5200
Facsimile: (713) 659-2204

_/s/ Ashley Keller_____
Ashley Keller*
ack@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

_/s/ Warren Postman_____
Warren Postman*
wdp@kellerlenkner.com
KELLER LENKNER LLC
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
(202) 749-8334

3

/s/ Ken Paxton
Ken Paxton,* Attorney General of Texas
kenneth.paxton@oag.texas.gov
/s/ Brent Webster
Brent Webster,* First Assistant Attorney General of Texas
Brent.Webster@oag.texas.gov
/s/ Grant Dorfman
Grant Dorfman, Deputy First Assistant Attorney General
Grant.Dorfman@oag.texas.gov
/s/ Aaron Reitz
Aaron Reitz,* Deputy Attorney General for Legal Strategy
Aaron.Reitz@oag.texas.gov

/s/ Shawn Cowles
Shawn E. Cowles,* Deputy Attorney General for Civil Litigation
Shawn.Cowles@oag.texas.gov

/s/ Nanette DiNunzio
Nanette DiNunzio,* Associate Deputy Attorney General for Civil Litigation
Nanette.Dinunzio@oag.texas.gov

/s/ David Ashton
Kim Van Winkle,* Chief, Antitrust Division
Kim.VanWinkle@oag.texas.gov
Bret Fulkerson, Deputy Chief, Antitrust Division
Bret.Fulkerson@oag.texas.gov
David Ashton, Assistant Attorney General, Antitrust Division
Texas Bar No. 24031828
David.Ashton@oag.texas.gov
Nicholas G. Grimmer,* Assistant Attorney General, Antitrust Division
Nick.Grimmer@oag.texas.gov
Trevor Young,* Assistant Attorney General, Antitrust Division
Trevor.Young@oag.texas.gov
Eric Hudson, Assistant Attorney General, Special Litigation Division
Eric.Hudson@oag.texas.gov

Paul Singer,* Senior Counsel for Public Protection
Paul.Singer@oag.texas.gov
Christopher Hilton, Deputy Chief, General Litigation Division
Christopher.Hilton@oag.texas.gov
Matthew Bohuslav, Assistant Attorney General, General Litigation Division
Matthew.Bohuslav@oag.texas.gov
Ralph Molina, Assistant Attorney General, General Litigation Division
Ralph.Molina@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548
(512) 936-1414

* Applications for pro hac vice forthcoming

Attorneys for Plaintiff State of Texas