# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS<br>By Attorney General Ken Paxton<br><br>THE STATE OF ARKANSAS<br>By Attorney General Leslie Rutledge<br><br>THE STATE OF IDAHO<br>By Attorney General Lawrence G. Wasden<br><br>THE STATE OF INDIANA<br>By Attorney General Curtis Hill<br><br>COMMONWEALTH OF KENTUCKY<br>By Attorney General Daniel Cameron<br><br>THE STATE OF MISSISSIPPI<br>By Attorney General Lynn Fitch<br><br>STATE OF MISSOURI<br>By Attorney General Eric Schmitt<br><br>STATE OF NORTH DAKOTA<br>By Attorney General Wayne Stenehjem<br><br>STATE OF SOUTH DAKOTA<br>By Attorney General Jason R. Ravnsborg<br><br>and<br><br>STATE OF UTAH<br>By Attorney General Sean D. Reyes<br><br>                            Plaintiffs,<br>           vs.<br><br>GOOGLE LLC,<br>                            Defendant. | Civil Action No.: 4:20-CV-957-SDJ<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING PLAINTIFFS' MOTION FOR INTERIM PROTECTIVE ORDER TO PROVIDE DEFENDANT'S OUTSIDE ATTORNEYS ONLY WITH AN UNREDACTED VERSION OF THE COMPLAINT

Before the Court is Plaintiffs' Motion for Interim Protective Order to Provide Defendant with Attorneys Eyes Only Complaint (Dkt. __). After reading the Motion, considering Plaintiffs' desire to protect confidential third-party information, and considering the narrow and limited use of the Interim Protective Order until a Protective Order can be entered, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, Plaintiffs are permitted to provide Defendant with an unredacted version of the Complaint filed in this case, under the restriction of Attorneys Eyes Only. The Attorneys Eyes Only Complaint is limited to be shared with Defendant's outside counsel and may not be shared with the Defendant or Defendant's inside counsel.

The parties are encouraged to promptly work together to submit a Stipulated Protective Order that will address ongoing confidentiality issues in this case.