AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| THE STATE OF TEXAS, ET AL )<br>*Plaintiff* )<br>v. ) Case No. 4:20-cv-957-SDJ<br>GOOGLE LLC )<br>*Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all named Plaintiffs, and request that I be copied on all pleadings, correspondence, and communications.

Date:   01/05/2021

*Attorney's signature*

Alex J. Brown, Texas Bar No. 24026964
*Printed name and bar number*

The Lanier Law Firm, P.C.
10940 W. Sam Houston Pkwy N., Ste 100
Houston, Texas  77064
*Address*

Alex.Brown@lanierlawfirm.com
*E-mail address*

(713) 659-5200
*Telephone number*

(713) 659-2204
*FAX number*