UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, ET AL. § | |
| § | |
| v.    § | CIVIL NO. 4:20-CV-957-SDJ |
| § | |
| GOOGLE LLC § | |

### ORDER

On December 16, 2020, Plaintiffs filed a Motion for Leave to File Unredacted Complaint Under Seal. (Dkt. #2). In that motion, Plaintiffs stated that "[t]he sealed complaint is ready to be filed upon entry of an order granting the relief sought through this motion." (Dkt. #2 at 1). The next day, December 17, 2020, the Court granted the motion and instructed that "Plaintiffs' unredacted complaint shall be filed under seal." (Dkt. #3). To date, however, Plaintiffs have failed to file the unredacted complaint with the Court.

Plaintiffs have now submitted their Urgent Motion for an Interim Protective Order to Provide Defendant's Outside Attorneys Only with an Unredacted Version of the Complaint. (Dkt. #17). The motion for protective order references information that is redacted from the only version of the complaint that has been filed with this Court.

It is hereby **ORDERED** that Plaintiffs must file the unredacted complaint as described in the Court's December 17, 2020 Order by no later than **January 7, 2021**.

**So ORDERED and SIGNED this 6th day of January, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE