AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| THE STATE OF TEXAS, ET AL | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:20-cv-957-SDJ |
| GOOGLE LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**
(CORRECTED)

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Plaintiff

THE STATE OF TEXAS, and request that I be copied on all pleadings, correspondence, and communications.

Date: 01/08/2021

*Attorney's signature*

Zeke DeRose, III, Texas Bar No. 24057421
*Printed name and bar number*

The Lanier Law Firm, P.C.
10940 W. Sam Houston Pkwy N., Ste 100
Houston, Texas 77064
*Address*

Zeke.DeRose@lanierlawfirm.com
*E-mail address*

(713) 659-5200
*Telephone number*

(713) 659-2204
*FAX number*