AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| THE STATE OF TEXAS, ET AL ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  4:20-cv-957-SDJ |
| GOOGLE LLC ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**
(CORRECTED)

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Plaintiff

THE STATE OF TEXAS  and request that I be copied on all pleadings, correspondence, and communications. ·

Date:   01/08/2021

*Attorney's signature*

Alex J. Brown, Texas Bar No. 24026964
*Printed name and bar number*

The Lanier Law Firm, P.C.
10940 W. Sam Houston Pkwy N., Ste 100
Houston, Texas  77064
*Address*

Alex.Brown@lanierlawfirm.com
*E-mail address*

(713) 659-5200
*Telephone number*

(713) 659-2204
*FAX number*