IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING MOTION TO TRANSFER VENUE**

Having considered Defendant Google LLC's Motion to Transfer Venue Pursuant to 28 U.S.C. §1404(a), the Court finds that the Motion should be GRANTED.

It is therefore ORDERED that this case shall be transferred by the Clerk to the U.S. District Court for the Northern District of California.