IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:20-cv-957-SDJ |
| GOOGLE LLC, | § § § | |
| Defendant. | § § | |

[PROPOSED] **ORDER**

Having considered Plaintiffs' Urgent Motion for Interim Protective Order to Provide Defendant's Outside Attorneys Only with an Unredacted Version of the Complaint, Dkt. 17, and Defendant's Response, the Court finds that the Motion should be GRANTED.

Accordingly, Plaintiffs are permitted to provide Defendant with an unredacted version of the Complaint filed in this case, under the restriction of Attorneys Eyes Only. The Attorneys Eyes Only Complaint is limited to be shared with Defendant's outside counsel and may not be shared with the Defendant or Defendant's inside counsel.

Further, pursuant to the parties' agreement, Defendant shall answer or otherwise respond to the Complaint within 50 days of receiving an unredacted version of the Complaint.

The parties are encouraged to promptly work together to submit a Stipulated Protective Order that will address ongoing confidentiality issues in this case.