IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § § § | |
| Plaintiffs, | § | |
| v. | § § | Civil Action No. 4:20-cv-00957-SDJ |
| GOOGLE LLC, | § § | |
| Defendant. | § § | |

### DEFENDANT GOOGLE LLC'S DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet, Inc., a publicly traded company.

Dated: January 19, 2021

Respectfully submitted,

R. Paul Yetter
State Bar No. 22154200
Bryce L. Callahan
State Bar No. 24055248
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000
(713) 632-8002
pyetter@yettercoleman.com
bcallahan@yettercoleman.com

ATTORNEYS FOR DEFENDANT
GOOGLE LLC

### CERTIFICATE OF SERVICE

I certify that on this 19th day of January, 2021, this document was filed electronically in compliance with Local Rule CV-5(a), and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

*/s/ Bryce L. Callahan*
Bryce L. Callahan