UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, ET AL. § | |
| § | |
| v.  § | CIVIL NO. 4:20-CV-957-SDJ |
| § | |
| GOOGLE LLC  § | |

## ORDER

Before the Court is Defendant Google LLC's Unopposed Motion for Leave to File under Seal. (Dkt. #29). Having considered the Motion, the Court finds that it should be **GRANTED**.

It is therefore **ORDERED** that Defendant's Exhibit A to Andrew Rope's Declaration in support of Defendant Google's Motion to Transfer Venue shall remain **SEALED**.

So ORDERED and SIGNED this 20th day of January, 2021.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE