UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## INTERIM PROTECTIVE ORDER

Upon receipt of the unredacted version of Plaintiffs' Complaint, and at all times thereafter until otherwise ordered by this Court, Defendant Google LLC ("Google") is hereby **ORDERED** to limit dissemination of the unredacted version of Plaintiffs' Complaint to "External Attorneys' Eyes Only."

For purposes of this order, "External Attorneys' Eyes Only" refers strictly to those attorneys (and their paralegals, legal assistants, or other legal staff) retained by Google in the above-styled lawsuit, who have appeared in this case on behalf of Google, and who are listed on the Court's docket as Google's counsel of record. Those persons not within the above-defined designation of "External Attorneys' Eyes Only" include, but are not limited to, Google's in-house counsel and their paralegals, legal assistants, or other legal staff, as well as any other Google employee, whether employed in a legal capacity or otherwise.

**So ORDERED and SIGNED this 22nd day of January, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE