AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |
|---|---|
| _____ *Plaintiff* | ) |
| v. | ) Case No. |
| _____ *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

_____
*Attorney's signature*

Bryce L. Callahan , Texas State Bar No. 24055248
*Printed name and bar number*

Yetter Coleman LLP
811 Main Street, Suite 4100
Houston, Texas 77002
*Address*

bcallahan@yettercoleman.com
*E-mail address*

(713) 632-8000
*Telephone number*

(713) 632-8002
*FAX number*