IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendant. | Case No. 4:20-CV-957-SDJ <br><br> Hon. Sean D. Jordan |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the unredacted Complaint, previously filed under seal, was served by electronic mail on outside counsel of record for Google on Friday, January 22, 2021:

R. Paul Yetter
**YETTER COLEMAN LLP**
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000
(713) 632-8002
pyetter@yettercoleman.com
Attorney for Defendant Google LLC

Dated: January 22, 2021

| | |
|---|---|
| */s/ Ashley Keller* <br> Ashley Keller <br> ack@kellerlenkner.com <br> 150 N. Riverside Plaza, Suite 4270 <br> Chicago, Illinois 60606 <br> (312) 741-5220 <br> Warren Postman <br> wdp@kellerlenkner.com <br> 1300 I Street, N.W., Suite 400E <br> Washington, D.C. 20005 <br> (202) 749-8334 <br> **KELLER LENKNER LLC** | Mark Lanier (*lead counsel*) <br> Mark.Lanier@LanierLawFirm.com <br> Alex J. Brown <br> Alex.Brown@LanierLawFirm.com <br> Zeke DeRose III <br> Zeke.DeRose@LanierLawFirm.com <br> 10940 W. Sam Houston Parkway N. Suite 100 <br> Houston, Texas 77064 <br> Telephone: (713) 659-5200 <br> Facsimile: (713) 659-2204 <br> **THE LANIER LAW FIRM, P.C.** |

Ken Paxton,* Attorney General of Texas
Kenneth.paxton@oag.texas.gov
Brent Webster,* First Assistant Attorney General of Texas
Brent.Webster@oag.texas.gov
Grant Dorfman, Deputy First Assistant Attorney General
Grant.Dorfman@oag.texas.gov
Aaron Reitz,* Deputy Attorney General for Legal Strategy
Aaron.Reitz@oag.texas.gov

Shawn E. Cowles, Deputy Attorney General for Civil Litigation
Shawn.Cowles@oag.texas.gov


Nanette DiNunzio,* Associate Deputy Attorney General for Civil Litigation
Nanette.Dinunzio@oag.texas.gov

David Ashton, Assistant Attorney General
Antitrust Division
Texas Bar No. 24031828
David.Ashton@oag.texas.gov
Kim Van Winkle,* Chief, Antitrust Division
Kim.VanWinkle@oag.texas.gov
Bret Fulkerson, Deputy Chief, Antitrust Division
Bret.Fulkerson@oag.texas.gov
Nicholas G. Grimmer, Assistant Attorney General, Antitrust Division
Nick.Grimmer@oag.texas.gov
Trevor Young,* Assistant Attorney General, Antitrust Division
Trevor.Young@oag.texas.gov
Eric Hudson, Assistant Attorney General, Special Litigation Division
Eric.Hudson@oag.texas.gov


Paul Singer,* Senior Counsel for Public Protection
Paul.Singer@oag.texas.org
Christopher Hilton, Deputy Chief, General Litigation Division
Christopher.Hilton@oag.texas.gov
Matthew Bohuslav, Assistant Attorney General, General Litigation Division
Matthew.Bohuslav@oag.texas.gov
Ralph Molina, Assistant Attorney General, General Litigation Division
Ralph.Molina@oag.texas.gov


**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**

P.O. Box 12548 (MC059)
Austin, TX 78711-2548
(512) 936-1414

* Applications for pro hac vice forthcoming

Attorneys for Plaintiff State of Texas