IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, *et. al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>Google LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 4:20-CV-957-SDJ<br><br>Hon. Sean D. Jordan |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff State of Texas, on behalf of the Plaintiff States, respectfully requests leave to file under seal Exhibits B-3 through B-13 (the "Exhibits") to the Declaration of Brooke Smith in support of Plaintiffs' Response in Opposition to Google's 1404(a) Motion to Transfer Venue. The Exhibits reflect confidential and sensitive third-party information and highly confidential information produced by defendant Google LLC ("Google").

The Court previously granted Plaintiffs' Motion for Leave to File Unredacted Complaint Under Seal to protect confidential information produced by Google and third parties. (Dkt. 3.) On January 20, 2021, the Court also granted Google's Unopposed Motion for Leave to File Under Seal, thereby sealing the entirety of Exhibit A to the Declaration of Andrew Rope in support of Google's Motion to Transfer Venue. (Dkt. 33.) Google sought leave to file that exhibit under seal because it "identifie[d] a number of persons who are authors, senders, recipients, and/or custodians of documents" designated highly confidential by Google. (Dkt. 29.)

Plaintiffs seek to afford consistent treatment to the confidential third-party and Google information reflected in the Exhibits. Some of the Exhibits are declarations from potential third-

party witnesses who are likely to be adversely affected by public disclosure of their declarations. Similarly, public disclosure of these third-party declarations will likely discourage future third-party cooperation in this case. To date, the Exhibits have been protected from public disclosure, and filing under seal will ensure their continued confidentiality.

As instructed by the Court, the parties are in the process of negotiating a protective order to govern information such as that contained in the Exhibits. (Dkt. 35.) Until then, due to the highly confidential and sensitive nature of the third-party and Google information reflected in the Exhibits, Plaintiffs respectfully request that the Court grant Plaintiffs leave to file the Exhibits under seal.

Dated: February 2, 2021

*/s/ Ashley Keller*
Ashley Keller
Admitted Pro Hac Vice
ack@kellerlenkner.com
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220
Warren Postman
wdp@kellerlenkner.com
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
(202) 749-8334
**KELLER LENKNER LLC**

Ken Paxton,* Attorney General of Texas
Kenneth.paxton@oag.texas.gov
Brent Webster,* First Assistant Attorney General of Texas
Brent.Webster@oag.texas.gov
Grant Dorfman, Deputy First Assistant Attorney General
Grant.Dorfman@oag.texas.gov
Aaron Reitz,* Deputy Attorney General for Legal Strategy
Aaron.Reitz@oag.texas.gov

Shawn E. Cowles, Deputy Attorney General for Civil Litigation
Shawn.Cowles@oag.texas.gov
Nanette DiNunzio,* Associate Deputy Attorney General for Civil Litigation
Nanette.Dinunzio@oag.texas.gov

Christopher Hilton, Deputy Chief, General Litigation Division
Christopher.Hilton@oag.texas.gov
Matthew Bohuslav, Assistant Attorney General, General Litigation Division
Matthew.Bohuslav@oag.texas.gov
Ralph Molina, Assistant Attorney General, General Litigation Division
Ralph.Molina@oag.texas.gov

*/s/ Mark Lanier*
Mark Lanier (*lead counsel*)
Texas Bar No. 11934600
Mark.Lanier@LanierLawFirm.com
Alex J. Brown
Alex.Brown@LanierLawFirm.com
Zeke DeRose III
Zeke.DeRose@LanierLawFirm.com
10940 W. Sam Houston Parkway N. Suite 100
Houston, Texas 77064
Telephone: (713) 659-5200
Facsimile: (713) 659-2204
**THE LANIER LAW FIRM, P.C.**

Kim Van Winkle,* Chief, Antitrust Division
Kim.VanWinkle@oag.texas.gov
Bret Fulkerson, Deputy Chief, Antitrust Division
Bret.Fulkerson@oag.texas.gov
David Ashton, Assistant Attorney General Antitrust Division
David.Ashton@oag.texas.gov
Nicholas G. Grimmer, Assistant Attorney General, Antitrust Division
Nick.Grimmer@oag.texas.gov
Trevor Young,* Assistant Attorney General, Antitrust Division
Trevor.Young@oag.texas.gov

Paul Singer,* Senior Counsel for Public Protection
Paul.Singer@oag.texas.org

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
P.O. Box 12548 (MC059)
Austin, TX 78711-2548
(512) 936-1414
* Applications for pro hac vice forthcoming

**Attorneys for Plaintiff State of Texas**

*On behalf of the Plaintiff States*

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7(h), I certify that Zeke DeRose, counsel for the State of Texas, conferred by teleconference about this Motion with Paul Yetter, counsel for Google, on January 29, 2021, and February 1, 2021. On February 1, 2021 Mr. Yetter confirmed by email that Google does not oppose this Motion For Leave to File Under Seal.

*/s/ Ashley Keller*
Ashley Keller

## **CERTIFICATE OF SERVICE**

I certify that on February 2, 2021, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

*/s/ Ashley Keller*
Ashley Keller