**FILED UNDER SEAL**

# Exhibit B-13