# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, *et. al.*, | |
| Plaintiffs, | Case No. 4:20-CV-957-SDJ |
| v. | Hon. Sean D. Jordan |
| Google LLC, | |
| Defendant. | |

**DECLARATION OF Jason Kint**

I, Jason Kint, declare based on personal knowledge as follows:

1. I reside in Arlington, Virginia.

2. I am employed by Digital Content Next (DCN), which has its corporate headquarters in New York, NY. I spend a significant percentage of my time working in New York, District of Columbia, Virginia, London and the European Union.

3. My job title is Chief Executive Officer of Digital Content Next (DCN). My responsibilities include analyzing research, corresponding with digital publishers, gathering insights, developing public policy positions and advising on industry changes to positively impact the industry at large to advance the future of trusted news and entertainment. DCN is positioned as the only association exclusively focused on the issues of digital content companies and represents many of the most trusted news and entertainment companies including brands who have born out of the magazine, newspaper, television and native digital industries.

4. In my role, I spend time attending events mostly in New York, Washington, DC and Europe. Our team helps to design benchmarks and best practice studies in areas related to Google's

advertising technology services and extended businesses. Additionally, I spent nearly twenty years up until late 2013 as a senior executive with responsibility for major national publisher brands including their editorial, advertising, marketing, subscription, and technology services including advertising technologies prior to and after Google's numerous ad tech acquisitions.

5.   I am willing to testify as a fact witness at trial in the Eastern District of Texas, Sherman Division. Traveling to the Eastern District of Texas is more convenient for me than traveling to the Northern District of California. In fact, I have traveled to Texas more frequently in my role than I have to Northern California. Additionally, I am confident that for the majority of our DCN members, if they are willing to testify, they will find travel to Texas to be easier than Northern California.  For this reason, a majority of our events and our meetings of our Board of Directors take place in New York City. Finally, we also prefer the case be heard in the Eastern District of Texas as the court's calendar appears able to accommodate this case more quickly than the Northern District of California. Given the important issues at stake and the current challenges facing the publishing industry, especially local news organizations, it is important that this case proceed as soon as possible.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ____January 28, 2021____, in ____Arlington, VA____.
                 (date)                 (location)

_____
(Signature)