IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendant. | Case No. 4:20-CV-957-SDJ <br><br> Hon. Sean D. Jordan |

**ORDER DENYING MOTION TO TRANSFER VENUE**

Having considered Defendant Google LLC's Motion to Transfer Venue Pursuant to 28 U.S.C. §1404(a), the Court being fully advised in the premises, the Court finds that the Motion should be DENIED.