UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion for Leave to File under Seal. (Dkt. #45). Having considered the Motion, the Court concludes that it should be **GRANTED**.

It is therefore **ORDERED** that Plaintiffs' Exhibits B-3 through B-13, (Dkt. #47), to the Declaration of Brooke Smith in support of Plaintiffs' Response in Opposition to Google's Motion to Transfer Venue shall remain **SEALED**.

**So ORDERED and SIGNED this 3rd day of February, 2021.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE