# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE:  Sean D. Jordan

COURT REPORTER:
Gayle Wear

COURTROOM DEPUTY:
Bonnie Sanford

**THE STATE OF TEXAS, ET AL**

v.                                                                                       Case No. 4:20cv957

**GOOGLE, LLC**


**PLAINTIFF:**
THE STATE OF TEXAS: Mark Lanier, Alex Brown, Grant Dorfman, Ashley Keller, Shawn Cowles, Zeke DeRose, Roger Alford, Nicholas Grimmer*, Warren Postman*
STATE OF ARKANSAS: Johnathan Carter*
STATE OF IDAHO: Brett DeLange*
STATE OF INDIANA: Matthew Michaloski*
COMMONWEALTH OF KENTUCKY: John Christian Lewis*
STATE OF MISSISSIPPI: Hart Martin*
STATE OF MISSOURI: Kimberly Biagioli*, Stephen Hoeplinger*
STATE OF NORTH DAKOTA: Elin Alm*, Parrell Grossman*
STATE OF SOUTH DAKOTA: Yvette Lafrentz*
STATE OF UTAH: Tara Pincock*

**DEFENDANT:**
GOOGLE, LLC: Paul Yetter, Eric Mahr, Bryce Callahan*, John Harkrider*, Julie Elmer*

* = appearance by video

This day came the parties and by their attorneys the following proceedings were held before Judge Sean D. Jordan in Plano, Texas on 2/4/2021.

**Scheduling Conference**

10:17 am       The Court addresses housekeeping matters.

10:19 am       The Court called the case, noting the appearance of counsel and parties.

| | |
|---|---|
| 10:27 am | Court and counsel review scheduling matters. |
| 10:34 am | Court and counsel discuss proposed protective order, and process to file under seal. |
| 10:35 am | Plaintiff Counsel, Mr. DeRose addresses the Court regarding a protective order. |
| 10:36 am | Defense Counsel, Mr. Yetter addresses the Court regarding a protective order. |
| 10:41 am | Plaintiff Counsel, Mr. Lanier addresses the Court regarding a protective order and confidentiality agreement. |
| 10:43 am | Defense Counsel, Mr. Yetter responds. |
| 10:45 am | The Court further addresses the protective order. |
| 10:46 am | The Court and counsel discuss scheduling matters and filings as to The State of Texas as lead counsel, and the representation of the other Plaintiffs/Sovereign States. |
| 10:55 am | Court adjourned. |