UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| THE STATE OF TEXAS, ET AL. | § | |
|---|---|---|
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

### ORDER

Before the Court is Plaintiff State of Texas's Unopposed Motion for Leave to File under Seal an unredacted version of Plaintiffs' Response in Opposition to Defendant Google LLC's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a), as well as an unredacted version of the Declaration of Brooke Smith in support of the Response. (Dkt. #51). Having considered the unopposed motion, the Court concludes that it should be **GRANTED**.

It is therefore **ORDERED** that the unredacted versions of Plaintiffs' Response in Opposition to Defendant Google LLC's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) and the Declaration of Brooke Smith in support thereof, (Dkt. #52), are deemed proper as filed and are to remain under seal.

**So ORDERED and SIGNED this 8th day of February, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE