**Exhibit A1**
ZIP codes within the Northern District of California

| Jurisdiction | Zip Code |
|---|---|
| N.D. Cal. | 93210 |
| N.D. Cal. | 93426 |
| N.D. Cal. | 93450 |
| N.D. Cal. | 93451 |
| N.D. Cal. | 93901 |
| N.D. Cal. | 93902 |
| N.D. Cal. | 93905 |
| N.D. Cal. | 93906 |
| N.D. Cal. | 93907 |
| N.D. Cal. | 93908 |
| N.D. Cal. | 93912 |
| N.D. Cal. | 93915 |
| N.D. Cal. | 93920 |
| N.D. Cal. | 93921 |
| N.D. Cal. | 93922 |
| N.D. Cal. | 93923 |
| N.D. Cal. | 93924 |
| N.D. Cal. | 93925 |
| N.D. Cal. | 93926 |
| N.D. Cal. | 93927 |
| N.D. Cal. | 93928 |
| N.D. Cal. | 93930 |
| N.D. Cal. | 93932 |
| N.D. Cal. | 93933 |
| N.D. Cal. | 93940 |
| N.D. Cal. | 93942 |
| N.D. Cal. | 93943 |
| N.D. Cal. | 93944 |
| N.D. Cal. | 93950 |
| N.D. Cal. | 93953 |
| N.D. Cal. | 93954 |
| N.D. Cal. | 93955 |
| N.D. Cal. | 93960 |
| N.D. Cal. | 93962 |
| N.D. Cal. | 94002 |
| N.D. Cal. | 94005 |
| N.D. Cal. | 94010 |
| N.D. Cal. | 94011 |
| N.D. Cal. | 94014 |
| N.D. Cal. | 94015 |
| N.D. Cal. | 94017 |
| N.D. Cal. | 94018 |
| N.D. Cal. | 94019 |
| N.D. Cal. | 94020 |
| N.D. Cal. | 94021 |
| N.D. Cal. | 94022 |
| N.D. Cal. | 94023 |
| N.D. Cal. | 94024 |
| N.D. Cal. | 94025 |
| N.D. Cal. | 94026 |
| N.D. Cal. | 94027 |
| N.D. Cal. | 94028 |

## Exhibit A1
ZIP codes within the Northern District of California

| Jurisdiction | Zip Code |
| --- | --- |
| N.D. Cal. | 94030 |
| N.D. Cal. | 94035 |
| N.D. Cal. | 94037 |
| N.D. Cal. | 94038 |
| N.D. Cal. | 94039 |
| N.D. Cal. | 94040 |
| N.D. Cal. | 94041 |
| N.D. Cal. | 94042 |
| N.D. Cal. | 94043 |
| N.D. Cal. | 94044 |
| N.D. Cal. | 94060 |
| N.D. Cal. | 94061 |
| N.D. Cal. | 94062 |
| N.D. Cal. | 94063 |
| N.D. Cal. | 94064 |
| N.D. Cal. | 94065 |
| N.D. Cal. | 94066 |
| N.D. Cal. | 94070 |
| N.D. Cal. | 94074 |
| N.D. Cal. | 94080 |
| N.D. Cal. | 94083 |
| N.D. Cal. | 94085 |
| N.D. Cal. | 94086 |
| N.D. Cal. | 94087 |
| N.D. Cal. | 94088 |
| N.D. Cal. | 94089 |
| N.D. Cal. | 94102 |
| N.D. Cal. | 94103 |
| N.D. Cal. | 94104 |
| N.D. Cal. | 94105 |
| N.D. Cal. | 94107 |
| N.D. Cal. | 94108 |
| N.D. Cal. | 94109 |
| N.D. Cal. | 94110 |
| N.D. Cal. | 94111 |
| N.D. Cal. | 94112 |
| N.D. Cal. | 94114 |
| N.D. Cal. | 94115 |
| N.D. Cal. | 94116 |
| N.D. Cal. | 94117 |
| N.D. Cal. | 94118 |
| N.D. Cal. | 94119 |
| N.D. Cal. | 94121 |
| N.D. Cal. | 94122 |
| N.D. Cal. | 94123 |
| N.D. Cal. | 94124 |
| N.D. Cal. | 94125 |
| N.D. Cal. | 94126 |
| N.D. Cal. | 94127 |
| N.D. Cal. | 94128 |
| N.D. Cal. | 94129 |
| N.D. Cal. | 94130 |

**Exhibit A1**

ZIP codes within the Northern District of California

| Jurisdiction | Zip Code |
| --- | --- |
| N.D. Cal. | 94131 |
| N.D. Cal. | 94132 |
| N.D. Cal. | 94133 |
| N.D. Cal. | 94134 |
| N.D. Cal. | 94140 |
| N.D. Cal. | 94141 |
| N.D. Cal. | 94143 |
| N.D. Cal. | 94146 |
| N.D. Cal. | 94147 |
| N.D. Cal. | 94158 |
| N.D. Cal. | 94159 |
| N.D. Cal. | 94164 |
| N.D. Cal. | 94188 |
| N.D. Cal. | 94301 |
| N.D. Cal. | 94302 |
| N.D. Cal. | 94303 |
| N.D. Cal. | 94304 |
| N.D. Cal. | 94305 |
| N.D. Cal. | 94306 |
| N.D. Cal. | 94401 |
| N.D. Cal. | 94402 |
| N.D. Cal. | 94403 |
| N.D. Cal. | 94404 |
| N.D. Cal. | 94497 |
| N.D. Cal. | 94501 |
| N.D. Cal. | 94502 |
| N.D. Cal. | 94503 |
| N.D. Cal. | 94505 |
| N.D. Cal. | 94506 |
| N.D. Cal. | 94507 |
| N.D. Cal. | 94508 |
| N.D. Cal. | 94509 |
| N.D. Cal. | 94511 |
| N.D. Cal. | 94513 |
| N.D. Cal. | 94514 |
| N.D. Cal. | 94515 |
| N.D. Cal. | 94516 |
| N.D. Cal. | 94517 |
| N.D. Cal. | 94518 |
| N.D. Cal. | 94519 |
| N.D. Cal. | 94520 |
| N.D. Cal. | 94521 |
| N.D. Cal. | 94522 |
| N.D. Cal. | 94523 |
| N.D. Cal. | 94524 |
| N.D. Cal. | 94525 |
| N.D. Cal. | 94526 |
| N.D. Cal. | 94528 |
| N.D. Cal. | 94530 |
| N.D. Cal. | 94531 |
| N.D. Cal. | 94534 |
| N.D. Cal. | 94536 |

**Exhibit A1**

ZIP codes within the Northern District of California

| Jurisdiction | Zip Code |
|---|---|
| N.D. Cal. | 94537 |
| N.D. Cal. | 94538 |
| N.D. Cal. | 94539 |
| N.D. Cal. | 94540 |
| N.D. Cal. | 94541 |
| N.D. Cal. | 94542 |
| N.D. Cal. | 94543 |
| N.D. Cal. | 94544 |
| N.D. Cal. | 94545 |
| N.D. Cal. | 94546 |
| N.D. Cal. | 94547 |
| N.D. Cal. | 94548 |
| N.D. Cal. | 94549 |
| N.D. Cal. | 94550 |
| N.D. Cal. | 94551 |
| N.D. Cal. | 94552 |
| N.D. Cal. | 94553 |
| N.D. Cal. | 94555 |
| N.D. Cal. | 94556 |
| N.D. Cal. | 94557 |
| N.D. Cal. | 94558 |
| N.D. Cal. | 94559 |
| N.D. Cal. | 94560 |
| N.D. Cal. | 94561 |
| N.D. Cal. | 94562 |
| N.D. Cal. | 94563 |
| N.D. Cal. | 94564 |
| N.D. Cal. | 94565 |
| N.D. Cal. | 94566 |
| N.D. Cal. | 94567 |
| N.D. Cal. | 94568 |
| N.D. Cal. | 94569 |
| N.D. Cal. | 94570 |
| N.D. Cal. | 94572 |
| N.D. Cal. | 94573 |
| N.D. Cal. | 94574 |
| N.D. Cal. | 94575 |
| N.D. Cal. | 94576 |
| N.D. Cal. | 94577 |
| N.D. Cal. | 94578 |
| N.D. Cal. | 94579 |
| N.D. Cal. | 94580 |
| N.D. Cal. | 94581 |
| N.D. Cal. | 94582 |
| N.D. Cal. | 94583 |
| N.D. Cal. | 94586 |
| N.D. Cal. | 94587 |
| N.D. Cal. | 94588 |
| N.D. Cal. | 94591 |
| N.D. Cal. | 94595 |
| N.D. Cal. | 94596 |
| N.D. Cal. | 94597 |

**Exhibit A1**
ZIP codes within the Northern District of California

| Jurisdiction | Zip Code |
| --- | --- |
| N.D. Cal. | 94598 |
| N.D. Cal. | 94599 |
| N.D. Cal. | 94601 |
| N.D. Cal. | 94602 |
| N.D. Cal. | 94603 |
| N.D. Cal. | 94604 |
| N.D. Cal. | 94605 |
| N.D. Cal. | 94606 |
| N.D. Cal. | 94607 |
| N.D. Cal. | 94608 |
| N.D. Cal. | 94609 |
| N.D. Cal. | 94610 |
| N.D. Cal. | 94611 |
| N.D. Cal. | 94612 |
| N.D. Cal. | 94613 |
| N.D. Cal. | 94614 |
| N.D. Cal. | 94615 |
| N.D. Cal. | 94618 |
| N.D. Cal. | 94619 |
| N.D. Cal. | 94620 |
| N.D. Cal. | 94621 |
| N.D. Cal. | 94623 |
| N.D. Cal. | 94624 |
| N.D. Cal. | 94661 |
| N.D. Cal. | 94662 |
| N.D. Cal. | 94666 |
| N.D. Cal. | 94701 |
| N.D. Cal. | 94702 |
| N.D. Cal. | 94703 |
| N.D. Cal. | 94704 |
| N.D. Cal. | 94705 |
| N.D. Cal. | 94706 |
| N.D. Cal. | 94707 |
| N.D. Cal. | 94708 |
| N.D. Cal. | 94709 |
| N.D. Cal. | 94710 |
| N.D. Cal. | 94712 |
| N.D. Cal. | 94720 |
| N.D. Cal. | 94801 |
| N.D. Cal. | 94802 |
| N.D. Cal. | 94803 |
| N.D. Cal. | 94804 |
| N.D. Cal. | 94805 |
| N.D. Cal. | 94806 |
| N.D. Cal. | 94807 |
| N.D. Cal. | 94820 |
| N.D. Cal. | 94850 |
| N.D. Cal. | 94901 |
| N.D. Cal. | 94903 |
| N.D. Cal. | 94904 |
| N.D. Cal. | 94912 |
| N.D. Cal. | 94913 |

## Exhibit A1
ZIP codes within the Northern District of California

| Jurisdiction | Zip Code |
|---|---|
| N.D. Cal. | 94914 |
| N.D. Cal. | 94915 |
| N.D. Cal. | 94920 |
| N.D. Cal. | 94922 |
| N.D. Cal. | 94923 |
| N.D. Cal. | 94924 |
| N.D. Cal. | 94925 |
| N.D. Cal. | 94927 |
| N.D. Cal. | 94928 |
| N.D. Cal. | 94929 |
| N.D. Cal. | 94930 |
| N.D. Cal. | 94931 |
| N.D. Cal. | 94933 |
| N.D. Cal. | 94937 |
| N.D. Cal. | 94938 |
| N.D. Cal. | 94939 |
| N.D. Cal. | 94940 |
| N.D. Cal. | 94941 |
| N.D. Cal. | 94942 |
| N.D. Cal. | 94945 |
| N.D. Cal. | 94946 |
| N.D. Cal. | 94947 |
| N.D. Cal. | 94948 |
| N.D. Cal. | 94949 |
| N.D. Cal. | 94950 |
| N.D. Cal. | 94951 |
| N.D. Cal. | 94952 |
| N.D. Cal. | 94953 |
| N.D. Cal. | 94954 |
| N.D. Cal. | 94955 |
| N.D. Cal. | 94956 |
| N.D. Cal. | 94957 |
| N.D. Cal. | 94960 |
| N.D. Cal. | 94963 |
| N.D. Cal. | 94964 |
| N.D. Cal. | 94965 |
| N.D. Cal. | 94966 |
| N.D. Cal. | 94970 |
| N.D. Cal. | 94971 |
| N.D. Cal. | 94972 |
| N.D. Cal. | 94973 |
| N.D. Cal. | 94974 |
| N.D. Cal. | 94975 |
| N.D. Cal. | 94976 |
| N.D. Cal. | 94977 |
| N.D. Cal. | 94978 |
| N.D. Cal. | 94979 |
| N.D. Cal. | 94999 |
| N.D. Cal. | 95001 |
| N.D. Cal. | 95002 |
| N.D. Cal. | 95003 |
| N.D. Cal. | 95004 |

## Exhibit A1
ZIP codes within the Northern District of California

| Jurisdiction | Zip Code |
| --- | --- |
| N.D. Cal. | 95005 |
| N.D. Cal. | 95006 |
| N.D. Cal. | 95007 |
| N.D. Cal. | 95008 |
| N.D. Cal. | 95009 |
| N.D. Cal. | 95010 |
| N.D. Cal. | 95011 |
| N.D. Cal. | 95012 |
| N.D. Cal. | 95013 |
| N.D. Cal. | 95014 |
| N.D. Cal. | 95015 |
| N.D. Cal. | 95017 |
| N.D. Cal. | 95018 |
| N.D. Cal. | 95019 |
| N.D. Cal. | 95020 |
| N.D. Cal. | 95021 |
| N.D. Cal. | 95023 |
| N.D. Cal. | 95024 |
| N.D. Cal. | 95026 |
| N.D. Cal. | 95030 |
| N.D. Cal. | 95031 |
| N.D. Cal. | 95032 |
| N.D. Cal. | 95033 |
| N.D. Cal. | 95035 |
| N.D. Cal. | 95036 |
| N.D. Cal. | 95037 |
| N.D. Cal. | 95038 |
| N.D. Cal. | 95039 |
| N.D. Cal. | 95041 |
| N.D. Cal. | 95043 |
| N.D. Cal. | 95044 |
| N.D. Cal. | 95045 |
| N.D. Cal. | 95046 |
| N.D. Cal. | 95050 |
| N.D. Cal. | 95051 |
| N.D. Cal. | 95052 |
| N.D. Cal. | 95053 |
| N.D. Cal. | 95054 |
| N.D. Cal. | 95055 |
| N.D. Cal. | 95056 |
| N.D. Cal. | 95060 |
| N.D. Cal. | 95061 |
| N.D. Cal. | 95062 |
| N.D. Cal. | 95063 |
| N.D. Cal. | 95064 |
| N.D. Cal. | 95065 |
| N.D. Cal. | 95066 |
| N.D. Cal. | 95067 |
| N.D. Cal. | 95070 |
| N.D. Cal. | 95071 |
| N.D. Cal. | 95073 |
| N.D. Cal. | 95075 |

## Exhibit A1
ZIP codes within the Northern District of California

| Jurisdiction | Zip Code |
| --- | --- |
| N.D. Cal. | 95076 |
| N.D. Cal. | 95077 |
| N.D. Cal. | 95101 |
| N.D. Cal. | 95103 |
| N.D. Cal. | 95106 |
| N.D. Cal. | 95108 |
| N.D. Cal. | 95109 |
| N.D. Cal. | 95110 |
| N.D. Cal. | 95111 |
| N.D. Cal. | 95112 |
| N.D. Cal. | 95113 |
| N.D. Cal. | 95116 |
| N.D. Cal. | 95117 |
| N.D. Cal. | 95118 |
| N.D. Cal. | 95119 |
| N.D. Cal. | 95120 |
| N.D. Cal. | 95121 |
| N.D. Cal. | 95122 |
| N.D. Cal. | 95123 |
| N.D. Cal. | 95124 |
| N.D. Cal. | 95125 |
| N.D. Cal. | 95126 |
| N.D. Cal. | 95127 |
| N.D. Cal. | 95128 |
| N.D. Cal. | 95129 |
| N.D. Cal. | 95130 |
| N.D. Cal. | 95131 |
| N.D. Cal. | 95132 |
| N.D. Cal. | 95133 |
| N.D. Cal. | 95134 |
| N.D. Cal. | 95135 |
| N.D. Cal. | 95136 |
| N.D. Cal. | 95138 |
| N.D. Cal. | 95139 |
| N.D. Cal. | 95140 |
| N.D. Cal. | 95141 |
| N.D. Cal. | 95148 |
| N.D. Cal. | 95150 |
| N.D. Cal. | 95151 |
| N.D. Cal. | 95152 |
| N.D. Cal. | 95153 |
| N.D. Cal. | 95154 |
| N.D. Cal. | 95155 |
| N.D. Cal. | 95156 |
| N.D. Cal. | 95157 |
| N.D. Cal. | 95158 |
| N.D. Cal. | 95159 |
| N.D. Cal. | 95160 |
| N.D. Cal. | 95161 |
| N.D. Cal. | 95164 |
| N.D. Cal. | 95170 |
| N.D. Cal. | 95172 |

**Exhibit A1**

ZIP codes within the Northern District of California

| Jurisdiction | Zip Code |
| --- | --- |
| N.D. Cal. | 95173 |
| N.D. Cal. | 95191 |
| N.D. Cal. | 95192 |
| N.D. Cal. | 95196 |
| N.D. Cal. | 95377 |
| N.D. Cal. | 95391 |
| N.D. Cal. | 95401 |
| N.D. Cal. | 95402 |
| N.D. Cal. | 95403 |
| N.D. Cal. | 95404 |
| N.D. Cal. | 95405 |
| N.D. Cal. | 95406 |
| N.D. Cal. | 95407 |
| N.D. Cal. | 95409 |
| N.D. Cal. | 95410 |
| N.D. Cal. | 95412 |
| N.D. Cal. | 95415 |
| N.D. Cal. | 95416 |
| N.D. Cal. | 95417 |
| N.D. Cal. | 95418 |
| N.D. Cal. | 95419 |
| N.D. Cal. | 95420 |
| N.D. Cal. | 95421 |
| N.D. Cal. | 95422 |
| N.D. Cal. | 95423 |
| N.D. Cal. | 95424 |
| N.D. Cal. | 95425 |
| N.D. Cal. | 95426 |
| N.D. Cal. | 95427 |
| N.D. Cal. | 95428 |
| N.D. Cal. | 95429 |
| N.D. Cal. | 95430 |
| N.D. Cal. | 95431 |
| N.D. Cal. | 95432 |
| N.D. Cal. | 95433 |
| N.D. Cal. | 95435 |
| N.D. Cal. | 95436 |
| N.D. Cal. | 95437 |
| N.D. Cal. | 95439 |
| N.D. Cal. | 95441 |
| N.D. Cal. | 95442 |
| N.D. Cal. | 95443 |
| N.D. Cal. | 95444 |
| N.D. Cal. | 95445 |
| N.D. Cal. | 95446 |
| N.D. Cal. | 95448 |
| N.D. Cal. | 95449 |
| N.D. Cal. | 95450 |
| N.D. Cal. | 95451 |
| N.D. Cal. | 95452 |
| N.D. Cal. | 95453 |
| N.D. Cal. | 95454 |

**Exhibit A1**
ZIP codes within the Northern District of California

| Jurisdiction | Zip Code |
|---|---|
| N.D. Cal. | 95456 |
| N.D. Cal. | 95457 |
| N.D. Cal. | 95458 |
| N.D. Cal. | 95459 |
| N.D. Cal. | 95460 |
| N.D. Cal. | 95461 |
| N.D. Cal. | 95462 |
| N.D. Cal. | 95463 |
| N.D. Cal. | 95464 |
| N.D. Cal. | 95465 |
| N.D. Cal. | 95466 |
| N.D. Cal. | 95467 |
| N.D. Cal. | 95468 |
| N.D. Cal. | 95469 |
| N.D. Cal. | 95470 |
| N.D. Cal. | 95471 |
| N.D. Cal. | 95472 |
| N.D. Cal. | 95473 |
| N.D. Cal. | 95476 |
| N.D. Cal. | 95480 |
| N.D. Cal. | 95481 |
| N.D. Cal. | 95482 |
| N.D. Cal. | 95485 |
| N.D. Cal. | 95486 |
| N.D. Cal. | 95487 |
| N.D. Cal. | 95488 |
| N.D. Cal. | 95490 |
| N.D. Cal. | 95492 |
| N.D. Cal. | 95493 |
| N.D. Cal. | 95494 |
| N.D. Cal. | 95497 |
| N.D. Cal. | 95501 |
| N.D. Cal. | 95502 |
| N.D. Cal. | 95503 |
| N.D. Cal. | 95511 |
| N.D. Cal. | 95514 |
| N.D. Cal. | 95518 |
| N.D. Cal. | 95519 |
| N.D. Cal. | 95521 |
| N.D. Cal. | 95524 |
| N.D. Cal. | 95525 |
| N.D. Cal. | 95526 |
| N.D. Cal. | 95528 |
| N.D. Cal. | 95531 |
| N.D. Cal. | 95532 |
| N.D. Cal. | 95534 |
| N.D. Cal. | 95536 |
| N.D. Cal. | 95537 |
| N.D. Cal. | 95538 |
| N.D. Cal. | 95540 |
| N.D. Cal. | 95542 |
| N.D. Cal. | 95543 |

**Exhibit A1**

ZIP codes within the Northern District of California

| Jurisdiction | Zip Code |
|---|---|
| N.D. Cal. | 95545 |
| N.D. Cal. | 95546 |
| N.D. Cal. | 95547 |
| N.D. Cal. | 95548 |
| N.D. Cal. | 95549 |
| N.D. Cal. | 95550 |
| N.D. Cal. | 95551 |
| N.D. Cal. | 95553 |
| N.D. Cal. | 95554 |
| N.D. Cal. | 95555 |
| N.D. Cal. | 95556 |
| N.D. Cal. | 95558 |
| N.D. Cal. | 95559 |
| N.D. Cal. | 95560 |
| N.D. Cal. | 95562 |
| N.D. Cal. | 95564 |
| N.D. Cal. | 95565 |
| N.D. Cal. | 95567 |
| N.D. Cal. | 95568 |
| N.D. Cal. | 95569 |
| N.D. Cal. | 95570 |
| N.D. Cal. | 95571 |
| N.D. Cal. | 95573 |
| N.D. Cal. | 95585 |
| N.D. Cal. | 95587 |
| N.D. Cal. | 95589 |