## Exhibit A2
ZIP codes within the Eastern District of Texas

| Jurisdiction | Zip Code |
| --- | --- |
| E.D. Tex. | 75002 |
| E.D. Tex. | 75007 |
| E.D. Tex. | 75009 |
| E.D. Tex. | 75010 |
| E.D. Tex. | 75011 |
| E.D. Tex. | 75013 |
| E.D. Tex. | 75019 |
| E.D. Tex. | 75020 |
| E.D. Tex. | 75021 |
| E.D. Tex. | 75022 |
| E.D. Tex. | 75023 |
| E.D. Tex. | 75024 |
| E.D. Tex. | 75025 |
| E.D. Tex. | 75026 |
| E.D. Tex. | 75027 |
| E.D. Tex. | 75028 |
| E.D. Tex. | 75029 |
| E.D. Tex. | 75033 |
| E.D. Tex. | 75034 |
| E.D. Tex. | 75035 |
| E.D. Tex. | 75036 |
| E.D. Tex. | 75044 |
| E.D. Tex. | 75048 |
| E.D. Tex. | 75056 |
| E.D. Tex. | 75057 |
| E.D. Tex. | 75058 |
| E.D. Tex. | 75065 |
| E.D. Tex. | 75067 |
| E.D. Tex. | 75068 |
| E.D. Tex. | 75069 |
| E.D. Tex. | 75070 |
| E.D. Tex. | 75071 |
| E.D. Tex. | 75072 |
| E.D. Tex. | 75074 |
| E.D. Tex. | 75075 |
| E.D. Tex. | 75076 |
| E.D. Tex. | 75077 |
| E.D. Tex. | 75078 |
| E.D. Tex. | 75080 |
| E.D. Tex. | 75082 |
| E.D. Tex. | 75086 |
| E.D. Tex. | 75087 |
| E.D. Tex. | 75090 |
| E.D. Tex. | 75091 |
| E.D. Tex. | 75092 |
| E.D. Tex. | 75093 |
| E.D. Tex. | 75094 |
| E.D. Tex. | 75097 |
| E.D. Tex. | 75098 |
| E.D. Tex. | 75103 |
| E.D. Tex. | 75117 |
| E.D. Tex. | 75121 |

**Exhibit A2**
ZIP codes within the Eastern District of Texas

| Jurisdiction | Zip Code |
| --- | --- |
| E.D. Tex. | 75124 |
| E.D. Tex. | 75127 |
| E.D. Tex. | 75140 |
| E.D. Tex. | 75143 |
| E.D. Tex. | 75147 |
| E.D. Tex. | 75148 |
| E.D. Tex. | 75156 |
| E.D. Tex. | 75163 |
| E.D. Tex. | 75164 |
| E.D. Tex. | 75166 |
| E.D. Tex. | 75169 |
| E.D. Tex. | 75173 |
| E.D. Tex. | 75189 |
| E.D. Tex. | 75248 |
| E.D. Tex. | 75252 |
| E.D. Tex. | 75287 |
| E.D. Tex. | 75370 |
| E.D. Tex. | 75379 |
| E.D. Tex. | 75407 |
| E.D. Tex. | 75409 |
| E.D. Tex. | 75410 |
| E.D. Tex. | 75411 |
| E.D. Tex. | 75412 |
| E.D. Tex. | 75413 |
| E.D. Tex. | 75414 |
| E.D. Tex. | 75415 |
| E.D. Tex. | 75416 |
| E.D. Tex. | 75417 |
| E.D. Tex. | 75418 |
| E.D. Tex. | 75420 |
| E.D. Tex. | 75421 |
| E.D. Tex. | 75423 |
| E.D. Tex. | 75424 |
| E.D. Tex. | 75425 |
| E.D. Tex. | 75426 |
| E.D. Tex. | 75428 |
| E.D. Tex. | 75431 |
| E.D. Tex. | 75432 |
| E.D. Tex. | 75433 |
| E.D. Tex. | 75434 |
| E.D. Tex. | 75435 |
| E.D. Tex. | 75436 |
| E.D. Tex. | 75437 |
| E.D. Tex. | 75438 |
| E.D. Tex. | 75439 |
| E.D. Tex. | 75440 |
| E.D. Tex. | 75441 |
| E.D. Tex. | 75442 |
| E.D. Tex. | 75443 |
| E.D. Tex. | 75444 |
| E.D. Tex. | 75446 |
| E.D. Tex. | 75447 |

**Exhibit A2**
ZIP codes within the Eastern District of Texas

| Jurisdiction | Zip Code |
|---|---|
| E.D. Tex. | 75448 |
| E.D. Tex. | 75449 |
| E.D. Tex. | 75450 |
| E.D. Tex. | 75451 |
| E.D. Tex. | 75452 |
| E.D. Tex. | 75453 |
| E.D. Tex. | 75454 |
| E.D. Tex. | 75455 |
| E.D. Tex. | 75456 |
| E.D. Tex. | 75457 |
| E.D. Tex. | 75459 |
| E.D. Tex. | 75460 |
| E.D. Tex. | 75461 |
| E.D. Tex. | 75462 |
| E.D. Tex. | 75468 |
| E.D. Tex. | 75469 |
| E.D. Tex. | 75470 |
| E.D. Tex. | 75471 |
| E.D. Tex. | 75472 |
| E.D. Tex. | 75473 |
| E.D. Tex. | 75474 |
| E.D. Tex. | 75475 |
| E.D. Tex. | 75476 |
| E.D. Tex. | 75477 |
| E.D. Tex. | 75478 |
| E.D. Tex. | 75479 |
| E.D. Tex. | 75480 |
| E.D. Tex. | 75481 |
| E.D. Tex. | 75482 |
| E.D. Tex. | 75483 |
| E.D. Tex. | 75485 |
| E.D. Tex. | 75486 |
| E.D. Tex. | 75487 |
| E.D. Tex. | 75488 |
| E.D. Tex. | 75489 |
| E.D. Tex. | 75490 |
| E.D. Tex. | 75491 |
| E.D. Tex. | 75492 |
| E.D. Tex. | 75493 |
| E.D. Tex. | 75494 |
| E.D. Tex. | 75495 |
| E.D. Tex. | 75496 |
| E.D. Tex. | 75497 |
| E.D. Tex. | 75501 |
| E.D. Tex. | 75503 |
| E.D. Tex. | 75504 |
| E.D. Tex. | 75505 |
| E.D. Tex. | 75550 |
| E.D. Tex. | 75551 |
| E.D. Tex. | 75554 |
| E.D. Tex. | 75555 |
| E.D. Tex. | 75556 |

## Exhibit A2
ZIP codes within the Eastern District of Texas

| Jurisdiction | Zip Code |
| --- | --- |
| E.D. Tex. | 75558 |
| E.D. Tex. | 75559 |
| E.D. Tex. | 75560 |
| E.D. Tex. | 75561 |
| E.D. Tex. | 75562 |
| E.D. Tex. | 75563 |
| E.D. Tex. | 75564 |
| E.D. Tex. | 75565 |
| E.D. Tex. | 75566 |
| E.D. Tex. | 75567 |
| E.D. Tex. | 75568 |
| E.D. Tex. | 75569 |
| E.D. Tex. | 75570 |
| E.D. Tex. | 75571 |
| E.D. Tex. | 75572 |
| E.D. Tex. | 75573 |
| E.D. Tex. | 75574 |
| E.D. Tex. | 75599 |
| E.D. Tex. | 75601 |
| E.D. Tex. | 75602 |
| E.D. Tex. | 75603 |
| E.D. Tex. | 75604 |
| E.D. Tex. | 75605 |
| E.D. Tex. | 75606 |
| E.D. Tex. | 75607 |
| E.D. Tex. | 75608 |
| E.D. Tex. | 75615 |
| E.D. Tex. | 75630 |
| E.D. Tex. | 75631 |
| E.D. Tex. | 75633 |
| E.D. Tex. | 75636 |
| E.D. Tex. | 75637 |
| E.D. Tex. | 75638 |
| E.D. Tex. | 75639 |
| E.D. Tex. | 75640 |
| E.D. Tex. | 75641 |
| E.D. Tex. | 75642 |
| E.D. Tex. | 75643 |
| E.D. Tex. | 75644 |
| E.D. Tex. | 75645 |
| E.D. Tex. | 75647 |
| E.D. Tex. | 75650 |
| E.D. Tex. | 75651 |
| E.D. Tex. | 75652 |
| E.D. Tex. | 75654 |
| E.D. Tex. | 75656 |
| E.D. Tex. | 75657 |
| E.D. Tex. | 75658 |
| E.D. Tex. | 75659 |
| E.D. Tex. | 75660 |
| E.D. Tex. | 75661 |
| E.D. Tex. | 75662 |

## Exhibit A2
ZIP codes within the Eastern District of Texas

| Jurisdiction | Zip Code |
| --- | --- |
| E.D. Tex. | 75663 |
| E.D. Tex. | 75666 |
| E.D. Tex. | 75667 |
| E.D. Tex. | 75668 |
| E.D. Tex. | 75669 |
| E.D. Tex. | 75670 |
| E.D. Tex. | 75671 |
| E.D. Tex. | 75672 |
| E.D. Tex. | 75680 |
| E.D. Tex. | 75681 |
| E.D. Tex. | 75682 |
| E.D. Tex. | 75683 |
| E.D. Tex. | 75684 |
| E.D. Tex. | 75685 |
| E.D. Tex. | 75686 |
| E.D. Tex. | 75687 |
| E.D. Tex. | 75688 |
| E.D. Tex. | 75689 |
| E.D. Tex. | 75691 |
| E.D. Tex. | 75692 |
| E.D. Tex. | 75693 |
| E.D. Tex. | 75694 |
| E.D. Tex. | 75701 |
| E.D. Tex. | 75702 |
| E.D. Tex. | 75703 |
| E.D. Tex. | 75704 |
| E.D. Tex. | 75705 |
| E.D. Tex. | 75706 |
| E.D. Tex. | 75707 |
| E.D. Tex. | 75708 |
| E.D. Tex. | 75709 |
| E.D. Tex. | 75710 |
| E.D. Tex. | 75711 |
| E.D. Tex. | 75712 |
| E.D. Tex. | 75713 |
| E.D. Tex. | 75750 |
| E.D. Tex. | 75751 |
| E.D. Tex. | 75752 |
| E.D. Tex. | 75754 |
| E.D. Tex. | 75755 |
| E.D. Tex. | 75756 |
| E.D. Tex. | 75757 |
| E.D. Tex. | 75758 |
| E.D. Tex. | 75759 |
| E.D. Tex. | 75760 |
| E.D. Tex. | 75762 |
| E.D. Tex. | 75763 |
| E.D. Tex. | 75764 |
| E.D. Tex. | 75765 |
| E.D. Tex. | 75766 |
| E.D. Tex. | 75770 |
| E.D. Tex. | 75771 |

## Exhibit A2
ZIP codes within the Eastern District of Texas

| Jurisdiction | Zip Code |
| --- | --- |
| E.D. Tex. | 75772 |
| E.D. Tex. | 75773 |
| E.D. Tex. | 75778 |
| E.D. Tex. | 75779 |
| E.D. Tex. | 75780 |
| E.D. Tex. | 75782 |
| E.D. Tex. | 75783 |
| E.D. Tex. | 75784 |
| E.D. Tex. | 75785 |
| E.D. Tex. | 75788 |
| E.D. Tex. | 75789 |
| E.D. Tex. | 75790 |
| E.D. Tex. | 75791 |
| E.D. Tex. | 75792 |
| E.D. Tex. | 75798 |
| E.D. Tex. | 75799 |
| E.D. Tex. | 75801 |
| E.D. Tex. | 75802 |
| E.D. Tex. | 75803 |
| E.D. Tex. | 75832 |
| E.D. Tex. | 75834 |
| E.D. Tex. | 75835 |
| E.D. Tex. | 75839 |
| E.D. Tex. | 75844 |
| E.D. Tex. | 75845 |
| E.D. Tex. | 75847 |
| E.D. Tex. | 75849 |
| E.D. Tex. | 75851 |
| E.D. Tex. | 75853 |
| E.D. Tex. | 75856 |
| E.D. Tex. | 75858 |
| E.D. Tex. | 75861 |
| E.D. Tex. | 75862 |
| E.D. Tex. | 75865 |
| E.D. Tex. | 75880 |
| E.D. Tex. | 75882 |
| E.D. Tex. | 75884 |
| E.D. Tex. | 75886 |
| E.D. Tex. | 75901 |
| E.D. Tex. | 75902 |
| E.D. Tex. | 75903 |
| E.D. Tex. | 75904 |
| E.D. Tex. | 75915 |
| E.D. Tex. | 75925 |
| E.D. Tex. | 75926 |
| E.D. Tex. | 75928 |
| E.D. Tex. | 75929 |
| E.D. Tex. | 75930 |
| E.D. Tex. | 75931 |
| E.D. Tex. | 75932 |
| E.D. Tex. | 75933 |
| E.D. Tex. | 75934 |

## Exhibit A2
ZIP codes within the Eastern District of Texas

| Jurisdiction | Zip Code |
| --- | --- |
| E.D. Tex. | 75935 |
| E.D. Tex. | 75936 |
| E.D. Tex. | 75937 |
| E.D. Tex. | 75938 |
| E.D. Tex. | 75939 |
| E.D. Tex. | 75941 |
| E.D. Tex. | 75942 |
| E.D. Tex. | 75943 |
| E.D. Tex. | 75944 |
| E.D. Tex. | 75946 |
| E.D. Tex. | 75948 |
| E.D. Tex. | 75949 |
| E.D. Tex. | 75951 |
| E.D. Tex. | 75954 |
| E.D. Tex. | 75956 |
| E.D. Tex. | 75958 |
| E.D. Tex. | 75959 |
| E.D. Tex. | 75960 |
| E.D. Tex. | 75961 |
| E.D. Tex. | 75963 |
| E.D. Tex. | 75964 |
| E.D. Tex. | 75965 |
| E.D. Tex. | 75966 |
| E.D. Tex. | 75968 |
| E.D. Tex. | 75969 |
| E.D. Tex. | 75972 |
| E.D. Tex. | 75973 |
| E.D. Tex. | 75974 |
| E.D. Tex. | 75975 |
| E.D. Tex. | 75976 |
| E.D. Tex. | 75977 |
| E.D. Tex. | 75978 |
| E.D. Tex. | 75979 |
| E.D. Tex. | 75980 |
| E.D. Tex. | 75990 |
| E.D. Tex. | 76052 |
| E.D. Tex. | 76078 |
| E.D. Tex. | 76092 |
| E.D. Tex. | 76177 |
| E.D. Tex. | 76201 |
| E.D. Tex. | 76202 |
| E.D. Tex. | 76203 |
| E.D. Tex. | 76204 |
| E.D. Tex. | 76205 |
| E.D. Tex. | 76206 |
| E.D. Tex. | 76207 |
| E.D. Tex. | 76208 |
| E.D. Tex. | 76209 |
| E.D. Tex. | 76210 |
| E.D. Tex. | 76226 |
| E.D. Tex. | 76227 |
| E.D. Tex. | 76233 |

## Exhibit A2
ZIP codes within the Eastern District of Texas

| Jurisdiction | Zip Code |
| --- | --- |
| E.D. Tex. | 76234 |
| E.D. Tex. | 76238 |
| E.D. Tex. | 76239 |
| E.D. Tex. | 76240 |
| E.D. Tex. | 76241 |
| E.D. Tex. | 76245 |
| E.D. Tex. | 76247 |
| E.D. Tex. | 76249 |
| E.D. Tex. | 76250 |
| E.D. Tex. | 76252 |
| E.D. Tex. | 76253 |
| E.D. Tex. | 76258 |
| E.D. Tex. | 76259 |
| E.D. Tex. | 76262 |
| E.D. Tex. | 76263 |
| E.D. Tex. | 76264 |
| E.D. Tex. | 76265 |
| E.D. Tex. | 76266 |
| E.D. Tex. | 76268 |
| E.D. Tex. | 76271 |
| E.D. Tex. | 76272 |
| E.D. Tex. | 76273 |
| E.D. Tex. | 77326 |
| E.D. Tex. | 77327 |
| E.D. Tex. | 77328 |
| E.D. Tex. | 77332 |
| E.D. Tex. | 77335 |
| E.D. Tex. | 77350 |
| E.D. Tex. | 77351 |
| E.D. Tex. | 77357 |
| E.D. Tex. | 77360 |
| E.D. Tex. | 77368 |
| E.D. Tex. | 77369 |
| E.D. Tex. | 77371 |
| E.D. Tex. | 77372 |
| E.D. Tex. | 77374 |
| E.D. Tex. | 77376 |
| E.D. Tex. | 77399 |
| E.D. Tex. | 77519 |
| E.D. Tex. | 77533 |
| E.D. Tex. | 77535 |
| E.D. Tex. | 77538 |
| E.D. Tex. | 77561 |
| E.D. Tex. | 77564 |
| E.D. Tex. | 77575 |
| E.D. Tex. | 77582 |
| E.D. Tex. | 77585 |
| E.D. Tex. | 77597 |
| E.D. Tex. | 77611 |
| E.D. Tex. | 77612 |
| E.D. Tex. | 77613 |
| E.D. Tex. | 77614 |

**Exhibit A2**
ZIP codes within the Eastern District of Texas

| Jurisdiction | Zip Code |
|---|---|
| E.D. Tex. | 77615 |
| E.D. Tex. | 77616 |
| E.D. Tex. | 77619 |
| E.D. Tex. | 77622 |
| E.D. Tex. | 77624 |
| E.D. Tex. | 77625 |
| E.D. Tex. | 77626 |
| E.D. Tex. | 77627 |
| E.D. Tex. | 77629 |
| E.D. Tex. | 77630 |
| E.D. Tex. | 77632 |
| E.D. Tex. | 77639 |
| E.D. Tex. | 77640 |
| E.D. Tex. | 77642 |
| E.D. Tex. | 77651 |
| E.D. Tex. | 77655 |
| E.D. Tex. | 77656 |
| E.D. Tex. | 77657 |
| E.D. Tex. | 77659 |
| E.D. Tex. | 77660 |
| E.D. Tex. | 77662 |
| E.D. Tex. | 77663 |
| E.D. Tex. | 77664 |
| E.D. Tex. | 77665 |
| E.D. Tex. | 77670 |
| E.D. Tex. | 77701 |
| E.D. Tex. | 77702 |
| E.D. Tex. | 77703 |
| E.D. Tex. | 77704 |
| E.D. Tex. | 77705 |
| E.D. Tex. | 77706 |
| E.D. Tex. | 77707 |
| E.D. Tex. | 77708 |
| E.D. Tex. | 77713 |
| E.D. Tex. | 77720 |
| E.D. Tex. | 77725 |
| E.D. Tex. | 77726 |