# EXHIBIT B

(Exhibit has been redacted to protect confidential information)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Civil Action No. 4:20-CV-957-SDJ |
| GOOGLE LLC, | | |
| Defendant. | | |

## DECLARATION OF BRYCE L. CALLAHAN IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE

I, Bryce L. Callahan, declare as follows:

1. I am a partner in the law firm Yetter Coleman LLP, counsel to Defendant Google LLC ("Google") in the above-captioned litigation. I am licensed to practice by the State of Texas.

2. I provide this declaration in support of Google's motion to transfer venue. This declaration is based on my personal knowledge and investigation.

3. I have reviewed the "September 2018 Google-Facebook agreement" referenced in paragraph 183 of the Complaint in the above-captioned litigation. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

4. Based on publicly available data, I have determined that the Northern District of California has an estimated population of 8.4 million.[1]

---

[1] *See* https://worldpopulationreview.com/us-counties/states/ca (reporting California population by county); https://www.cand.uscourts.gov/about/jurisdiction-map/ (identifying counties comprising Northern District of California).

5. Attached as Exhibit B1 hereto is ███████████████████████████████████████████████████████████████████████.

6. Attached as Exhibit B2 hereto is ██████████████████████████████████████████████████████████████████.

7. Attached as Exhibit B3 hereto is a true and correct copy of Amy Miller & Michael Acton, *Publishers Can File Separate Claims Alleging Google Monopolizes Digital Ad Markets, Judge Says*, mLex Market Insight (Feb. 4, 2021).

8. Attached as Exhibit B4 hereto is a true and correct copy of Jack Karp, *Meet The Attorneys Helping Texas Take On Google*, Law360 Pulse (Feb. 1, 2021).

9. Attached as Exhibit B5 hereto is a true and correct copy of a Class Action Complaint filed against Google on January 29, 2021 in the Northern District of California, *JLASALLE Enterprises LLC v. Google LLC,* No. 5:21-cv-00748 (N.D. Cal.).

10. Attached as Exhibit B6 hereto is a Class Action Complaint filed against Google on February 1, 2021 in the Northern District of California, *Negron v. Google LLC,* No. 4:21-cv-00801 (N.D. Cal.).

11. Attached as Exhibit B7 hereto is a true and correct copy of a Class Action Complaint filed against Google on February 2, 2021 in the Northern District of California, *Mikula Web Solutions, Inc. v. Google LLC,* No. 5:21-cv-00810 (N.D. Cal.).

12. Attached as Exhibit B8 hereto is a true and correct copy of a Complaint filed against Google and Facebook, Inc. on January 29, 2021 in the Southern District of West Virginia, *HD Media Company, LLC v Google,* No. 3:21-cv-00077 (S.D.W. Va.).

13. Attached as Exhibit B9 hereto is a true and correct copy of the Transfer Order *In re: Google Antitrust Litigation*, MDL No. 2981, ECF No. 46 (J.P.M.L. Feb. 5, 2021).

- 3 -

14. Attached as Exhibit B10 hereto is a true and correct copy of the Order on Motions to Relate at ECF 55, 57, 61, 64 *In re Google Digital Advertising Antitrust Litigation*, No. 5:20-cv-03556, ECF No. 69 (N.D. Cal. Jan. 22, 2021).

15. Attached as Exhibit B11 hereto is a true and correct copy of the Related Case Order *In re Google Digital Advertising Antitrust Litigation*, No. 5:20-cv-03556, ECF No. 90 (N.D. Cal. Feb. 9, 2021).

16. Attached as Exhibit B12 hereto is a true and correct copy of Plaintiff's Notice of Intersted [sic] Party Kimberly Negron's Unopposed Administrative Motion to Consider Whether Negron v. Google LLC Should Be Related to Certain Google Litigation Pending Before Judge Freeman in *Negron v. Google LLC,* No. 4:21-cv-00801, ECF No. 14 (N.D. Cal. Feb. 9, 2021).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of February, 2021 in Houston, Texas.

Bryce L. Callahan