# EXHIBIT B1

## FILED UNDER SEAL