# EXHIBIT B2

## FILED UNDER SEAL