# EXHIBIT B10

| | |
|---|---|
| 1 | |
| 2 | **UNITED STATES DISTRICT COURT** |
| 3 | **NORTHERN DISTRICT OF CALIFORNIA** |
| 4 | **SAN JOSE DIVISION** |

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 20-cv-03556-BLF |
| | Case No. 20-cv-08984-HSG |
| | Case No. 20-cv-09092-BLF |
| SWEEPSTAKES TODAY, LLC,<br>　　　　Plaintiff,<br>　　v. | Case No. 20-cv-09321-VC |
| | Case No. 21-cv-00022-DMR |
| GOOGLE LLC, et al.,<br>　　　　Defendants. | **ORDER ON MOTIONS TO RELATE AT ECF 55, 57, 61, 64** |
| GENIUS MEDIA GROUP, INC., et al.,<br>　　　　Plaintiffs,<br>　　v. | |
| ALPHABET INC., et al.,<br>　　　　Defendants. | |
| STERLING INTERNATIONAL CONSULTING GROUP,<br>　　　　Plaintiff,<br>　　v. | |
| GOOGLE LLC,<br>　　　　Defendant. | |
| MARK J. ASTARITA,<br>　　　　Plaintiff,<br>　　v. | |
| GOOGLE LLC, et al.,<br>　　　　Defendants. | |

Defendant Google LLC has filed several administrative motions asking this court to relate later-filed cases to the present case, *In re Google Digital Advertising Antitrust Litigation*, No. 20-

1    cv-03556-BLF. *See* ECF 55, 57, 61, 64. Those cases are: *Sweepstakes Today, LLC v. Google,*

2    *LLC, et al.*, 20-cv-08984-HSG, *Genius Media Group, Inc., et al., v. Google, LLC, et al.*, 20-cv-

3    09092-BLF, *Sterling International Consulting Group v. Google LLC*, 20-cv-09321-VC, and

4    *Astarita v. Google LLC, et al.*, 21-cv-00022-DMR. The Court has reviewed all the cases and finds

5    that the proposed classes and market definitions share significant overlap to the present case such

6    that relation is appropriate. As such, the Court REALTES the aforementioned cases to the above-

7    captioned case.

8    **IT IS SO ORDERED.**

9    Dated: January 22, 2021

10   _____

     BETH LABSON FREEMAN
     United States District Judge