IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

[PROPOSED] **ORDER**

Having considered Defendant Google's Motion for Leave to File Under Seal, the Court finds that the Motion should be GRANTED**.**

It is therefore ORDERED that the unredacted Second Declaration of Andrew Rope in support of Defendant's Motion to Transfer Venue, the unredacted Declaration of Bryce L. Callahan in support of Defendant's Motion to Transfer Venue, and Exhibits B1 and B2 to Google's Reply shall be filed under seal.