UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER

Before the Court is Defendant Google LLC's ("Google") Unopposed Motion for Leave to File under Seal unredacted versions of the Second Declaration of Andrew Rope, the Declaration of Bryce L. Callahan, and Exhibits B1 and B2 of Google's Reply in support of Google's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a). (Dkt. #62). Having considered the unopposed motion, the Court concludes that it should be **GRANTED**.

It is therefore **ORDERED** that the unredacted versions of the Second Declaration of Andrew Rope, the Declaration of Bryce L. Callahan, and Exhibits B1 and B2 of Google's Reply in support of Google's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a), (Dkt. #63), are deemed proper as filed and are to remain under seal.

**So ORDERED and SIGNED this 10th day of February, 2021.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE