IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § § | |
| Plaintiffs, | § § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| | § | |
| GOOGLE LLC, | § § | |
| Defendant. | § § | |

**DEFENDANT GOOGLE LLC'S UNOPPOSED
MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendant Google LLC respectfully files this motion to seal the unredacted copy of its Answer. Concurrent with this motion, Google has filed a redacted copy of its Answer. Dkt. 67.

The Answer includes Google's responses to allegations that Plaintiffs redacted from their publicly filed Complaint because they reveal certain confidential information of Google and third parties obtained pursuant to Tex. Bus. & Com. Code 15.01 *et seq*. Plaintiffs filed a motion to seal this information, and the Court granted the motion. Dkts. 2-3.

In the interest of protecting its own confidential information and that of third parties, Google seeks leave to file the unredacted copy of its Answer under seal. Granting this motion is consistent with the Court's order sealing the underlying redacted allegations and will continue to protect confidential information produced pursuant to the Texas Antitrust Act.

### CONCLUSION

For these reasons, defendant Google respectfully requests that the Court grant Google leave to seal the unredacted copy of its Answer.

Dated: February 22, 2021

Respectfully submitted,

*/s/ Paul Yetter*

| | |
|---|---|
| John D. Harkrider (*pro hac vice*)<br>AXINN VELTROP & HARKRIDER, LLP<br>114 West 47th Street<br>New York, NY 10036<br>(212) 728-2210<br>jharkrider@axinn.com<br><br>Daniel S Bitton (*pro hac vice*)<br>AXINN VELTROP & HARKRIDER, LLP<br>560 Mission St.<br>San Francisco, CA 94105<br>(415) 490-1486<br>dbitton@axinn.com | R. Paul Yetter<br>State Bar No. 22154200<br>Bryce L. Callahan<br>State Bar No. 24055248<br>YETTER COLEMAN LLP<br>811 Main Street, Suite 4100<br>Houston, Texas 77002<br>(713) 632-8000<br>(713) 632-8002<br>pyetter@yettercoleman.com<br>bcallahan@yettercoleman.com<br><br>Eric Mahr (*pro hac vice*)<br>Julie S. Elmer (*pro hac vice*)<br>FRESHFIELDS BRUCKHAUS DERINGER LLP<br>700 13th Street NW, 10th Floor<br>Washington, D.C. 20005<br>(202) 777-4545<br>(202) 777-4587<br>eric.mahr@freshfields.com<br>Julie.elmer@freshfields.com<br><br>ATTORNEYS FOR DEFENDANT<br>GOOGLE LLC |

### CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7(h), I certify that on February 22, 2021, I conferred by e-mail with Ashley Keller and Zeke DeRose, counsel for the State of Texas, regarding whether plaintiffs oppose this motion. According to Mr. Keller, plaintiffs are unopposed.

*/s/ Bryce L. Callahan*
Bryce L. Callahan

### CERTIFICATE OF SERVICE

I certify that this document was filed electronically in compliance with Local Rule CV-5(a) on February 22, 2021, and was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

*/s/ Bryce L. Callahan*
Bryce L. Callahan