IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § § § | |
| Plaintiffs, | § | |
| v. | § § | Civil Action No. 4:20-cv-00957-SDJ |
| GOOGLE LLC, | § § | |
| Defendant. | § § | |

[PROPOSED] **ORDER**

Having considered Defendant Google's Motion for Leave to File Under Seal, the Court finds that the Motion should be GRANTED**.**

It is therefore ORDERED that Google's unredacted Answer shall be filed under seal.