UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § § | |
| v. | § § | CIVIL NO. 4:20-CV-957-SDJ |
| GOOGLE LLC | § | |

## ORDER

Before the Court is Defendant Google LLC's ("Google") Unopposed Motion for Leave to File under Seal the unredacted copy of its Answer. (Dkt. #68). Having considered the unopposed motion, the Court concludes that it should be **GRANTED**.

It is therefore **ORDERED** that Google's unredacted Answer, (Dkt. #69), is deemed proper as filed and is to remain filed under seal.

**So ORDERED and SIGNED this 23rd day of February, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE