IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, *et. al.*,<br><br>                  Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                  Defendant. | Case No. 4:20-CV-957-SDJ<br><br>Hon. Sean D. Jordan |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Unopposed Motion for Leave to File Under Seal. Having considered the Motion, the Court finds that it should be GRANTED.

It is therefore ORDERED that Plaintiffs' unredacted Amended Complaint shall be filed under seal.