UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion for Leave to File Under Seal. (Dkt. #75). Having considered its merits, the Court concludes that the motion should be **GRANTED**.

It is therefore **ORDERED** that Plaintiffs' Unopposed Motion for Leave to File Under Seal, (Dkt. #75), is **GRANTED**. Plaintiffs' unredacted Amended Complaint, (Dkt. #76), shall be filed under seal.

**So ORDERED and SIGNED this 16th day of March, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE