State of Texas, et al v. Google	4:20-cv-957-SDJ	3/18/2021

## Attending in person:

| | | |
|---|---|---|
| Mark Lanier | *State of Texas* | Presenting |
| Zeke DeRose III | *State of Texas* | Presenting |
| Ashley Keller | *State of Texas* | Presenting |
| Shawn Cowles | *State of Texas* | Presenting |
| Grant Dorfman | *State of Texas* | Presenting |
| Paul Yetter | Google | Presenting |
| Eric Mahr | Google | Presenting |

**Appearing via video conference**:  (Or calling in if video does not work.)
(NOT PRESENTING)

| | |
|---|---|
| Warren Postman | *State of Texas* |
| Nick Grimmer | *State of Texas* |
| Jason Zweig | *State of Texas* |
| Seth Meyer | *State of Texas* |
| Zina Bash | *State of Texas* |
| Shauna Rogers | *State of Texas* |
| Brooke Smith | *State of Texas* |
| David Ashton | *State of Texas* |
| Gabriella Gonzalez | *State of Texas* |
| Ralph Molina | *State of Texas* |
| Floyd Walker | *State of Texas* |
| Nanette Dinunzio | *State of Texas* |
| Charles Eldred | *State of Texas* |
| Johnathan R. Carter | *State of Arkansas* |
| Brett DeLange | *State of Idaho* |
| Erin Alm | *State of Idaho* |
| Hart Martin | *State of Mississippi* |
| Parrell Grossman | *State of North Dakota* |
| Yvette Lafrentz | *State of South Dakota* |
| Chris Lewis | *Commonwealth of Kentucky* |
| Tara Pincock | *State of Utah* |

State of Texas, et al v. Google      4:20-cv-957      3/18/2021      PG 2

**Appearing via video conference**:  (Or calling in if video does not work.)
(NOT PRESENTING)

| | |
|---|---|
| Stephen Hoeplinger | *State of Missouri* |
| Kimberley Biagioli | *State of Missouri* |
| | |
| *Mark Mattioli* | *State of Montana* |
| *David Dewhirst* | *State of Montana* |
| | |
| Matthew Michaloski | *State of Indiana*     (May speak if addressed) |
| | |
| Daniel Bitton | Google |
| John Harkrider | Google |
| Bryce Callahan | Google |

**Appearing via teleconference: (Will not be speaking)**

Brad Schuelke           *State of Texas*