IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § § | |
| Plaintiffs, | § | |
| v. | § § | Civil Action No. 4:20-cv-00957-SDJ |
| GOOGLE LLC, | § § | |
| Defendant. | § § | |

**DEFENDANT GOOGLE LLC'S UNOPPOSED
MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendant Google LLC respectfully files this motion to seal the unredacted copy of its Answer to the Amended Complaint. Concurrent with this motion, Google has filed a redacted copy of its Answer. Dkt. 96.

The Court previously granted Google's Motion for Leave to File under seal the unredacted copy of its Answer. Dkt. 70. The Answer to the Amended Complaint likewise includes Google's responses to allegations that Plaintiffs redacted from their publicly filed Amended Complaint because they reveal certain confidential information of Google and third parties obtained pursuant to Tex. Bus. & Com. Code 15.01, *et seq*. Plaintiffs filed a motion to seal this information, and the Court granted the motion. Dkts. 75, 78.

In the interest of protecting its own confidential information and that of third parties, Google seeks leave to file the unredacted copy of its Answer to the Amended Complaint under seal. Granting this motion is consistent with the Court's orders sealing Google's original Answer and the underlying redacted allegations in the Amended Complaint, and it will continue to protect confidential information produced pursuant to the Texas Antitrust Act.

## CONCLUSION

For these reasons, defendant Google respectfully requests that the Court grant Google leave to seal the unredacted copy of its Answer to the Amended Complaint.

Dated: April 6, 2021                                    Respectfully submitted,

*/s/ R. Paul Yetter*

| | |
|---|---|
| John D. Harkrider (*pro hac vice*) | R. Paul Yetter |
| AXINN VELTROP & HARKRIDER, LLP | State Bar No. 22154200 |
| 114 West 47th Street | Bryce L. Callahan |
| New York, NY 10036 | State Bar No. 24055248 |
| (212) 728-2210 | YETTER COLEMAN LLP |
| jharkrider@axinn.com | 811 Main Street, Suite 4100 |
| | Houston, Texas 77002 |
| Daniel S Bitton (*pro hac vice*) | (713) 632-8000 |
| AXINN VELTROP & HARKRIDER, LLP | (713) 632-8002 |
| 560 Mission St. | pyetter@yettercoleman.com |
| San Francisco, CA 94105 | bcallahan@yettercoleman.com |
| (415) 490-1486 | |
| dbitton@axinn.com | Eric Mahr (*pro hac vice*) |
| | Julie S. Elmer (*pro hac vice*) |
| | FRESHFIELDS BRUCKHAUS DERINGER LLP |
| | 700 13th Street NW, 10th Floor |
| | Washington, D.C. 20005 |
| | (202) 777-4545 |
| | (202) 777-4587 |
| | eric.mahr@freshfields.com |
| | Julie.elmer@freshfields.com |
| | |
| | ATTORNEYS FOR DEFENDANT |
| | GOOGLE LLC |

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7(h), I certify that on April 5, 2021, counsel for Defendant conferred by e-mail with Ashley Keller and Zeke DeRose, counsel for the States of Texas, Idaho, South Dakota, and North Dakota, regarding whether Plaintiffs oppose this motion. According to Mr. Keller, Plaintiffs are unopposed.

*/s/ Bryce L. Callahan*
Bryce L. Callahan

**CERTIFICATE OF SERVICE**

I certify that this document was filed electronically in compliance with Local Rule CV-5(a) on April 6, 2021, and was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

> */s/ Bryce L. Callahan*
> Bryce L. Callahan