UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

### ORDER

Before the Court is Defendant Google LLC's ("Google") Unopposed Motion for Leave to File under Seal an unredacted version of its Answer to the Amended Complaint. (Dkt. #97). Having considered the unopposed motion, the Court concludes that it should be **GRANTED**.

It is therefore **ORDERED** that the unredacted version of Google's Answer to the Amended Complaint, (Dkt. #98), is deemed proper as filed and is to remain under seal.

**So ORDERED and SIGNED this 7th day of April, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE