Revised: 9/3/2015

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## Sherman DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

**APPROVED**
By Nakisha Love at 12:36 pm, Apr 20, 2021

1. This application is being made for the following: Case # 4:20-cv-00957-SDJ
Style/Parties: The State Of Texas, et al. v. Google, LLC
2. Applicant is representing the following party/ies: The State Of Texas
3. Applicant was admitted to practice in Illinois (state) on 10/06/2015 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant ○has ⊙has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant ○has ⊙has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ○has ⊙has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
See Attached
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Jason Allen Zweig do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 04/20/2021     Signature /s/ Jason Allen Zweig     (/s/Signature)

Application Continued on Page 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print)  Jason Allen Zweig
Bar Number /State  6320010, Illinois
Firm Name:  Keller Lenkner LLC
Address/P.O. Box:  150 N. Riverside Plaza, Suite 4270
City/State/Zip:  Chicago, IL 60606
Telephone #:  312-216-8667
Fax #:  312-971-3502
E-mail Address:  jaz@kellerlenkner.com
Secondary E-Mail Address:  docket@kellerlenkner.com

This application has been approved for the court on:  **4/20/21**

David A. O'Toole, Clerk
U.S. District Court, Eastern District of Texas

By  *NakishaLove*
Deputy Clerk

Application Instructions
Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once approved, the clerk will email to you your new Login and Password so that you will be able to electronically file your application and pay the $100 fee on line. If you already have a login and password, you will still need to wait for approval email from the clerk before filing your electronic application. For Complete Instructions please visit the website http://www.txed.uscourts.gov/

[Email Application]

<u>Jason Allen Zweig is admitted to practice in the following courts:</u>

| | |
|---|---|
| U.S. Court of Appeals | Second Circuit |
| U.S. Court of Appeals | Third Circuit |
| U.S. Court of Appeals | Ninth Circuit |
| U.S. District Court | Illinois Northern District |
| U.S. District Court | Michigan Eastern District |
| U.S. District Court | New York Eastern District |
| U.S. District Court | New York Northern District |
| U.S. District Court | New York Southern District |
| U.S. District Court | Eastern District of Wisconsin |

The Bar of the State of Illinois

The Bar of the State of New York