IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al.,<br><br>　　Plaintiffs,<br>v.<br><br>GOOGLE LLC,<br><br>　　Defendant. | §<br>§<br>§<br>§<br>§   Civil Action No. 4:20-cv-00957-SDJ<br>§<br>§<br>§<br>§ |

## DEFENDANT GOOGLE LLC'S
## NOTICE OF INITIAL DISCLOSURES

In accordance with Local Rule CV-26(c), Defendant Google LLC files this notice concerning its Initial Disclosures. Defendant served its Initial Disclosures on counsel of record for Plaintiffs on April 23, 2021.

Dated: April 23, 2021

Respectfully submitted,

/s/ R. Paul Yetter

R. Paul Yetter
State Bar No. 22154200
Bryce L. Callahan
State Bar No. 24055248
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000
(713) 632-8002
pyetter@yettercoleman.com
bcallahan@yettercoleman.com

Eric Mahr (*pro hac vice*)
Julie S. Elmer (*pro hac vice*)
FRESHFIELDS BRUCKHAUS DERINGER LLP
700 13th Street NW, 10th Floor
Washington, D.C. 20005
(202) 777-4545
(202) 777-4587
eric.mahr@freshfields.com
Julie.elmer@freshfields.com

>John D. Harkrider (*pro hac vice*)
>AXINN VELTROP & HARKRIDER, LLP
>114 West 47th Street
>New York, NY 10036
>(212) 728-2210
>jharkrider@axinn.com
>
>Daniel S Bitton (*pro hac vice*)
>AXINN VELTROP & HARKRIDER, LLP
>560 Mission St.
>San Francisco, CA 94105
>(415) 490-1486
>dbitton@axinn.com
>
>ATTORNEYS FOR DEFENDANT
>GOOGLE LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that this document, Defendant's Notice of Initial Disclosures, was served on counsel of record for Plaintiffs on April 23, 2021, through the Court's ECF system.

>*/s/ Bryce L. Callahan*
>Bryce L. Callahan