IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al., § <br> § <br> Plaintiffs, § <br> v. § <br> § <br> GOOGLE LLC, § <br> § <br> Defendant. § | Civil Action No. 4:20-cv-957-SDJ |

## MOTION TO INTERVENE BY PLAINTIFF STATE OF LOUISIANA

Pursuant to Federal Rule of Civil Procedure 24, Prospective Plaintiff State of Louisiana ("Louisiana"), through its counsel, Attorney General Jeff Landry, respectfully moves to intervene in the underlying case and be added as a plaintiff in this case. In support, Louisiana submits its Memorandum of Law, dated June 17, 2021.

Dated this 17th day of June, 2021.

Respectfully submitted,

**FOR STATE OF LOUISIANA**

**HON. JEFF LANDRY**
ATTORNEY GENERAL, STATE OF LOUISIANA
Michael Dupree
Christopher J. Alderman
1885 N. 3rd Street
Baton Rouge, LA 70802


**s/ James R. Dugan, II**
James R. Dugan, II (Application for *pro hac vice* forthcoming)
The Dugan Law Firm
365 Canal Street
One Canal Place, Suite 1000

New Orleans, LA 70130
PH: (504) 648-0180
FX: (504) 649-0181
EM:jdugan@dugan-lawfirm.com

James Williams
CHEHARDY SHERMAN WILLIAM, LLP
Galleria Boulevard, Suite 1100
Metairie, LA 70001
PH: (504) 833-5600
FX: (504) 833-8080
EM: jmw@chehardy.com

*Attorneys for the State of Louisiana*

### CERTIFICATE OF SERVICE

I certify that on this 17th day of June 2021, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

/s/*James R. Dugan, II*