IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | |
| | § | Civil Action No. 4:20-cv-957-SDJ |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

## [PROPOSED] ORDER GRANTING PLAINTIFF STATE LOUISIANA'S MOTION TO INTERVENE

Before the Court is the State of Louisiana's Motion to Intervene (Dkt. 126), filed on June 17, 2021. After considering the pleadings, facts of the case, and applicable law, the Court is of the opinion that Louisiana's Motion to Intervene should be GRANTED. The Court therefore **ORDERS** that Louisiana is to be added to the case as a plaintiff state.

The Court is also of the opinion that Louisiana will include the amendments discussed in its Motion to Intervene into an amended complaint with the other plaintiff states, that will be filed on or before the deadline to amend pleadings.

It is therefore **ORDERED** that Louisiana file an amended complaint on or before the deadline to amend pleadings and include in the amended complaint the amendments discussed in its Motion to Intervene.