# EXHIBIT 2

Case 1:21-cv-06841-PKC   Document 128-3   Filed 06/29/21   Page 2 of 3



**ALAN WILSON**
ATTORNEY GENERAL

June 17, 2021

**VIA US MAIL AND EMAIL**
The Honorable Sean D. Jordan
United States District Court Judge
United States Courthouse, Suite 111
7940 Preston Road
Plano, TX 75024

      Re:    Notice of Intent to Intervene after Statutory Notice Requirements
              *Texas et. al. v. Google LLC*, 4-20-cv-00957-SDJ

Dear Judge Jordan:

      I write on behalf of the State of South Carolina to give Your Honor notice of the State of South Carolina's intent to move to intervene in the underlying action after a statutorily prescribed notice period.[1] We understand that the Court recently entered its Scheduling Order in the above-entitled action, setting forth June 17, 2021, as a date to add parties. (Dkt. 123). Although South Carolina is not being added to the case by one of the parties in the case, it may be interested in intervening in the underlying action as a plaintiff state, in the public interest, and on behalf of the people of South Carolina.

      Pursuant to § 39-5-50(a) of the S.C. Code of Laws, we have given the defendant, Google LLC, notice that the South Carolina Attorney General is contemplating pursing claims against it for violations of federal and state antitrust and consumer protection laws involving Google's acts and practices regarding its ad tech business. (See attached letter to Google's counsel.) These violations share a common question of law and fact with the case before Your Honor.

      After the statutorily prescribed notice period and any conversations with the defendant, we will make a decision on whether to file a Motion to Intervene. We do not believe the delay will cause undue burden or hardship to any of the parties, and intervention is in the best interest of judicial economy and resources, as well as the resources of all of the parties.

---

[1] The State of South Carolina was unable to file this notice using the Court's Electronic Filing System. Accordingly, this notice is being sent to the Court and we will follow-up with the Clerk and ECF to get the matter resolved."

Thank you for your time with this important matter.

Sincerely,

C. H. Jones, Jr.
Senior Assistant Deputy Attorney General

enclosure
cc via US Mail and Email (with enclosure):
R. Paul Yetter
Bryce L. Callahan
Daniel S. Bitton
John D. Harkrider
Eric Mahr
Julie Elmer