IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | |
| | § | Civil Action No. 4:20-cv-957-SDJ |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

**[PROPOSED] ORDER GRANTING PLAINTIFF STATE OF SOUTH CAROLINA'S MOTION TO INTERVENE**

Before the Court is the State of South Carolina's Motion to Intervene, filed on June 29th, 2021. After considering the pleadings, facts of the case, and applicable law, the Court is of the opinion that South Carolina's Motion to Intervene should be GRANTED. The Court therefore **ORDERS** that South Carolina is to be added to the case as a plaintiff state.

The Court is also of the opinion that South Carolina will include the amendments discussed in its Motion to Intervene into an amended complaint with the other plaintiff states, that will be filed on or before the deadline to amend pleadings.

It is therefore **ORDERED** that South Carolina file an amended complaint on or before the deadline to amend pleadings and include in the amended complaint the amendments discussed in its Motion to Intervene.