IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § § § | |
| Plaintiffs, | § | |
| v. | § § | Civil Action No. 4:20-cv-00957-SDJ |
| GOOGLE LLC, | § § § | |
| Defendant. | § | |

**UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Plaintiff State of Montana respectfully requests that Chuck Munson be permitted to withdraw as counsel of record for Plaintiff State of Montana in this matter. The reason for this request is that withdrawing counsel, Chuck Munson, is no longer employed with the Montana Office of Consumer Protection within the Office of the Attorney General of Montana.

No other changes are requested regarding the other attorneys acting as counsel of record. The other Plaintiff States do not oppose this motion. Defendant Google LLC does not oppose this motion.

Further, the clerk is requested to terminate CM/ECF notices as to Chuck Munson for this matter.

Respectfully submitted,

July 9, 2021

AUSTIN KNUDSEN
Montana Attorney General

*/s/ Chuck Munson*
CHUCK MUNSON
Assistant Attorney General
P.O. Box 200151
Helena, MT 59620-0151
CMunson@mt.gov
Telephone:  (406) 444-4500
Facsimile:  (406) 442-1894

*Attorney for Plaintiff State of Montana*

### CERTIFICATE OF CONFERENCE

I hereby certify that the meet and confer requirements in Local Rule CV-7(h) have been met. This motion is consented to and not opposed by any party.

*/s/ Chuck Munson*
Chuck Munson

### CERTIFICATE OF SERVICE

I certify that on this 9th day of July, 2021, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

*/s/ Chuck Munson*
Chuck Munson