UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § § | |
| v. | § § | CIVIL NO. 4:20-CV-957-SDJ |
| GOOGLE LLC | § | |

## **ORDER**

Before the Court is Plaintiff State of Montana's Unopposed Motion for Withdrawal of Counsel, filed on behalf of Chuck Munson. (Dkt. #129). Having considered its merits, the Court concludes that the motion should be **GRANTED**.

It is therefore **ORDERED** that Plaintiff State of Montana's Unopposed Motion for Withdrawal of Counsel, (Dkt. #129), is **GRANTED**. Chuck Munson is withdrawn as counsel for Plaintiff State of Montana.

**So ORDERED and SIGNED this 12th day of July, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE