IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Civil Action No. 4:20-cv-00957-SDJ |
| GOOGLE LLC, | | |
| Defendant. | | |

**[PROPOSED] ORDER**

This Court, having considered the Response by Defendant Google LLC to the Motion to Intervene by the State of South Carolina, any replies thereto, and all other pleadings and papers on file, hereby ORDERS that Plaintiffs in this Civil Action shall file an amended complaint, reflecting the States of South Carolina and Louisiana as parties and including any new claims that those states presently intend to raise in this action, within 14 days of the filing of this Order.