IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

**UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Plaintiff State of Texas respectfully requests that Kim Van Winkle be permitted to withdraw as counsel of record for Plaintiff State of Texas in this matter. The reason for this request is that Ms. Van Winkle's employment is no longer within the Antitrust Division of the Office of the Attorney General of Texas. The granting of this motion will not impose delay or affect any deadlines in the case. Texas will continue to be represented by other counsel of record, and this motion requests no other changes regarding the other attorneys acting as counsel of record.

Further, the clerk is requested to terminate CM/ECF notices as to Kim Van Winkle for this matter.

The other Plaintiff States do not oppose this motion. Defendant Google LLC does not oppose this motion.

Dated: July 28, 2021

Respectfully submitted,

/s/Brent Webster
Brent Webster
First Assistant Attorney General of Texas
Brent.Webster@oag.texas.gov
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548 (MC001)
Austin, TX 78711-2548
(512) 936-0680

/s/Shawn E. Cowles
Shawn E. Cowles
Deputy Attorney General for Civil Litigation
Shawn.Cowles@oag.texas.gov
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548 (MC001)
Austin, TX 78711-2548

/s/Grant Dorfman
Grant Dorfman
Deputy First Assistant Attorney General
Grant.Dorfman@oag.texas.gov
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548 (MC001)
Austin, TX 78711-2548
(512) 936-0680

/s/James R. Lloyd
James R. Lloyd
Chief, Antitrust Division
James.Lloyd@oag.texas.gov
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548 (MC075)
Austin, TX 78711-2548
(512) 936-1674

/s/Nicholas G. Grimmer
Nicholas G. Grimmer (*pro hac vice*; filed with permission of lead counsel)
Assistant Attorney General, Antitrust Division
Texas Bar No. 24065331
Nick.Grimmer@oag.texas.gov
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548 (MC075)
Austin, TX 78711-2548
(512) 936-1579 (phone)
(512) 370-9361 (fax)

*Attorneys for Plaintiff State of Texas*

**CERTIFICATE OF CONFERENCE**

 I hereby certify that the meet and confer requirements in Local Rule CV-7(h) have been met. This motion is consented to and not opposed by any party.

               */s/Nicholas G. Grimmer*_____
               Nicholas G. Grimmer


**CERTIFICATE OF SERVICE**

 I certify that on this 28th day of July, 2021, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

               */s/Nicholas G. Grimmer*_____
               Nicholas G. Grimmer