IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Before the Court is an Unopposed Motion for Withdrawal of Kim Van Winkle as counsel of record for Plaintiff State of Texas in this matter. The Court has determined that the motion should be **GRANTED**. It is hereby,

**ORDERED** that Kim Van Winkle is withdrawn as counsel for Plaintiff State of Texas in this matter; and

**ORDERED** that the clerk terminate CM/ECF notices as to Kim Van Winkle for this matter.