UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER

Before the Court is Plaintiff State of Texas's Unopposed Motion for Withdrawal of Counsel, (Dkt. #134), which seeks withdrawal of Kim Van Winkle as counsel in this matter. Upon consideration, the Court finds good cause to **GRANT** the motion.

It is therefore **ORDERED** that Kim Van Winkle is hereby **WITHDRAWN** as counsel in this matter. The Clerk is instructed to terminate Van Winkle as counsel and to remove her from all CM/ECF notices in this action.

**So ORDERED and SIGNED this 29th day of July, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE