IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § § § | |
| Plaintiffs, | § | |
| v. | § § | Civil Action No. 4:20-cv-00957-SDJ |
| GOOGLE LLC, | § § | |
| Defendant. | § | |

**ORDER GRANTING PARTIALLY UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Before the Court is the Plaintiff States' Partially Unopposed Motion for Leave to File Second Amended Complaint. The Court has determined that the motion should be and hereby is **GRANTED**. It is **SO ORDERED** that the contemporaneously filed Second Amended Complaint is the live and operative pleading, effective on the date of filing, August 4, 2021.