CLOSED,JURY,PROTECTIVE–ORDER,SDJ1,SDJ2,SDJ3

Jump to Docket Table

# U.S. District Court
## Eastern District of TEXAS [LIVE] (Sherman)
## CIVIL DOCKET FOR CASE #: 4:20–cv–00957–SDJ

| | |
|---|---|
| The State Of Texas, et al V Google, LLC | Date Filed: 12/16/2020 |
| Assigned to: District Judge Sean D. Jordan | Date Terminated: 08/12/2021 |
| Cause: 28:1331 Fed. Question: Anti–trust | Jury Demand: Plaintiff |
| | Nature of Suit: 410 Anti–Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**The State Of Texas**                                    represented by **Jason Allen Zweig**
Keller Lenkner LLC
150 N. Riverside Plaza, Suite 4270
Chicago, IL 60606
312–216–8667
Fax: 312–971–3502
Email: jaz@kellerlenkner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W Mark Lanier**
The Lanier Law Firm
6810 FM 1960 West
PO Box 691448
Houston, TX 77269–1448
713/659–5200
Fax: 17136590024
Email: jrm@lanierlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex J Brown**
The Lanier Law Firm, PC – Houston
10940 W. Sam Houston Pkwy. N.
Ste. 100
Houston, TX 77064
713–659–5200
Fax: 713–659–2204
Email: alex.brown@lanierlawfirm.com
*ATTORNEY TO BE NOTICED*

**Ashley C Keller**
Keller Lenkner LLC
150 N. Riverside Plaza, Suite 4270
Chicago, IL 60606
312–741–5222
Fax: 312–971–3502
Email: ack@kellerlenkner.com
*ATTORNEY TO BE NOTICED*

**Brooke Clason Smith**
Keller Lenkner LLC
150 N. Riverside Plaza, Suite 4270
Chicago, IL 60606
312–216–8656
Fax: 312–971–3502
Email: brooke.smith@kellerlenkner.com
*ATTORNEY TO BE NOTICED*

**David Matthew Ashton**
Texas Department of Insurance
General Counsel Division
333 Guadalupe St,
Austin, TX 78701
5126766548
Fax: 5124901064
Email: david.ashton@tdi.state.tx.us
*ATTORNEY TO BE NOTICED*

**James R Dugan , II**
The Dugan Law Firm, APLC
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA 70130
504–648–0180
Fax: 504–648–0181
Email: jdugan@dugan–lawfirm.com
*ATTORNEY TO BE NOTICED*

**Kim Van Winkle**
Office of The Attorney General of Texas –
Austin
300 West 15th Street
Austin, TX 78701
512–463–1266
Email: kim.vanwinkle@oag.texas.gov
*TERMINATED: 07/29/2021*

**Matthew Levinton**
Office of The Attorney General of Texas
P O Box 12548
Capitol Station
Austin, TX 78711–2548
512–936–1674
Email: Matthew.Levinton@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Nicholas G. Grimmer**
Office of The Attorney General of Texas
300 W. 15th Street
Austin, TX 78701
512–463–1579
Fax: 512–370–9361
Email: nick.grimmer@oag.texas.gov

*ATTORNEY TO BE NOTICED*

**R Floyd Walker**
Public Utility Commission of Texas
1701 North Congress Ave
Austin, TX 78701
512−936−7261
Email: floyd.walker@puc.texas.gov
*ATTORNEY TO BE NOTICED*

**Shawn Cowles**
Office of the Attorney General of Texas − 214
214 W 14th Street
Austin, TX 78701
512−936−1378
Email: shawn.cowles@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Stephen Yelderman**
Keller Lenkner LLC
150 N. Riverside Plaza, Suite 4270
Chicago, IL 60606
312−741−5220
Email: stephen.yelderman@kellerlenkner.com
*ATTORNEY TO BE NOTICED*

**Warren D Postman**
Keller Lenkner LLC
1300 I Street, N.W., Suite 400E
Washington, DC 20005
312−948−8463
Fax: 312−971−3502
Email: wdp@kellerlenkner.com
*ATTORNEY TO BE NOTICED*

**Zeke DeRose , III**
The Lanier Law Firm, PC − Houston
10940 W. Sam Houston Pkwy. N.
Ste. 100
Houston, TX 77064
713−659−5200
Fax: 713−659−2400
Email: zeke.derose@lanierlawfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Arkansas**                    represented by   **Johnathan R Carter**
Office of the Arkansas Attorney General
323 Center Street
suite 200
Little Rock, AR 72201
501−682−8063
Fax: 501−682−8118
Email: johnathan.carter@arkansasag.gov

*LEAD ATTORNEY*

**Ashley C Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zeke DeRose , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **State of Idaho** | represented by | **Brett DeLange** |

Office of the Idaho Attorney General
945 W. Jefferson St., Second Floor
P.O Box 83720
Boise, ID 83720
208–334–2424
Fax: 208–334–4151
Email: brett.delange@ag.idaho.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John K Olson**
Office of the Idaho Attorney General
945 W. Jefferson St., Second Floor
P.O Box 83720
Boise, ID 83720
208–332–3549
Fax: 208–334–4151
Email: john.olson@ag.idaho.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley C Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zeke DeRose , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **State of Indiana** | represented by | **Matthew Michaloski** |

Office of the Indiana Attorney General
302 W Washington St
IGCS 5th Floor
Indianapolis, IN 46234
317–234–1479
Fax: 317–232–7979
Email: matthew.michaloski@atg.in.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Barnhart**
Office of the Indiana Attorney General
302 W Washington St
IGCS 5th Floor
Indianapolis, IN 46234
317–232–6309
Fax: 317–232–7979
Email: scott.barnhart@atg.in.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley C Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zeke DeRose , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Commonwealth of Kentucky**                   represented by   **John Christian Lewis**
Kentucky Office of the Attorney General
1024 Capital Center Drive
Suite 200
Frankfort, KY 40601
502–696–5605
Fax: 502–573–8317
Email: christian.lewis@ky.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley C Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip R Heleringer**
Office of the Kentucky Attorney General
1024 Capital Center Drive
Suite 200
Frankfort, KY 40601
502–696–5647
Fax: 502–564–2894
Email: philip.heleringer@ky.gov
*ATTORNEY TO BE NOTICED*

**Zeke DeRose , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Mississippi**                       represented by   **Ashley C Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hart Martin**
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205
601−359−4223
Fax: 601−359−2033
Email: hart.martin@ago.ms.gov
*ATTORNEY TO BE NOTICED*

**Zeke DeRose , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Missouri**                    represented by   **Kimberley Biagioli**
Missouri Attorney General's Office
615 E. 13th Street, Suite 401
Kansas City, MO 64106
816−889−3090
Fax: 816−889−5006
Email: Kimberley.Biagioli@ago.mo.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley C Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen M Hoeplinger**
Missouri Attorney General's Office
PO Box 899
Jefferson City, MO 65102
314−340−7849
Email: stephen.hoeplinger@ago.mo.gov
*ATTORNEY TO BE NOTICED*

**Zeke DeRose , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of North Dakota**                    represented by   **Elin S Alm**
Office of the North Dakota Attorney General
1050 E Interstate Ave, Ste 200
Bismarck, ND 58503
701−328−5570
Fax: 701−328−5568
Email: ealm@nd.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Parrell D Grossman**

Office of the Attorney General of North Dakota
1050 East Interstate Ave.
Suite 200
Bismarck, ND 58503–5574
701–328–5570
Fax: 701–328–5568
Email: pgrossman@nd.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley C Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zeke DeRose , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of South Dakota**                    represented by   **Ashley C Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yvette K Lafrentz**
Office of Attorney General
1302 E. Highway 14, Suite 1
Pierre, SD 57501
605–773–3215
Fax: 605–773–4106
Email: yvette.lafrentz@state.sd.us
*ATTORNEY TO BE NOTICED*

**Zeke DeRose , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Utah**                    represented by   **Ashley C Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tara W Pincock**
Utah Office of Attorney General
160 E 300 S, 5th Floor
Salt Lake City, UT 84114
385–881–3958
Fax: 801–366–0378
Email: tpincock@agutah.gov
*ATTORNEY TO BE NOTICED*

**Zeke DeRose , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Alaska**                                  represented by   **Ashley C Keller**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Jeffery G Pickett**
                                                                     Department of Law, Office of the Attorney
                                                                     General
                                                                     1031 W. 4th Ave., Suite 200
                                                                     Anchorage, AK 99501
                                                                     907–269–5275
                                                                     Fax: 907–276–3697
                                                                     Email: jeff.pickett@alaska.gov
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Zeke DeRose , III**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Florida**                                 represented by   **Ashley C Keller**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Lee Istrail**
                                                                     Office of the Attorney General of Florida
                                                                     The Capitol, PL–01
                                                                     Tallahassee, FL 32399
                                                                     850–414–3300
                                                                     Fax: 850–488–9134
                                                                     Email: lee.istrail@myfloridalegal.com
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Zeke DeRose , III**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Nevada**                                  represented by   **Lucas J Tucker**
                                                                     State of Nevada, Office of the Attorney General
                                                                     8945 W. Russell Road, Suite 204
                                                                     Las Vegas, NV 89148
                                                                     702–486–3256
                                                                     Fax: 775–684–1299
                                                                     Email: ltucker@ag.nv.gov
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Marie W.L. Martin**
                                                                     State of Nevada, Office of the Attorney General
                                                                     100 No. Carson Street
                                                                     Carson City, NV 89701

775–684–1244
Fax: 775–684–1299
Email: mwmartin@ag.nv.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle C Newman**
State of Nevada, Office of the Attorney General
100 No. Carson Street
Carson City, NV 89701
775–684–1164
Fax: 775–684–1299
Email: mnewman@ag.nv.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley C Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zeke DeRose , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Commonwealth of Puerto Rico**                    represented by    **Ashley C Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thaizza M Rodriguez**
Puerto Rico Department of Justice
PO Box 9020192
San Juan, PR 00902
787–721–2900
Email: trodriguez@justicia.pr.gov
*ATTORNEY TO BE NOTICED*

**Zeke DeRose , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Montana**                    represented by    **Charles J Cooper**
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
202–220–9600
Fax: 202–220–9601
Email: ccooper@cooperkirk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley C Keller**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian W Barnes**
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
202–220–9600
Fax: 202–220–9601
Email: bbarnes@cooperkirk.com
*ATTORNEY TO BE NOTICED*

**Chuck Munson**
Montana Attorney General's Office
PO Box 200151
Helena, MT 59620–0151
406–444–4500
Fax: 406–442–1894
Email: cmunson@mt.gov
*TERMINATED: 07/12/2021*

**David H Thompson**
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
202–220–9659
Fax: 202–220–9601
Email: dthompson@cooperkirk.com
*ATTORNEY TO BE NOTICED*

**Harold S Reeves**
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
202–220–9620
Fax: 202–220–9601
Email: hreeves@cooperkirk.com
*ATTORNEY TO BE NOTICED*

**Mark Mattioli**
Montana Attorney General's
P.O. Box 200151
Helena, MT 59620
406–444–4500
Fax: 406–442–1894
Email: mmattioli@mt.gov
*ATTORNEY TO BE NOTICED*

**Zeke DeRose , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Plaintiff**

**State of Louisiana**                    represented by   **James R Dugan , II**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Intervenor Plaintiff**

**State of South Carolina**               represented by   **Rebecca M Hartner**
                                                          Office of the South Carolina Attorney General
                                                          PO Box 11549
                                                          Columbia, SC 29211
                                                          803–734–5855
                                                          Fax: 803–734–0097
                                                          Email: rhartner@scag.gov
                                                          *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**Google, LLC**                           represented by   **R Paul Yetter**
                                                          Yetter Coleman, LLP – Houston
                                                          909 Fannin, Suite 3600
                                                          Houston, TX 77010
                                                          713/632–8000
                                                          Fax: 17136328002
                                                          Email: pyetter@yettercoleman.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Bryce L Callahan**
                                                          Yetter Coleman, LLP – Houston
                                                          909 Fannin, Suite 3600
                                                          Houston, TX 77010
                                                          713–632–8000
                                                          Fax: 713–632–8002
                                                          Email: bcallahan@yettercoleman.com
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Daniel S Bitton**
                                                          Axinn Veltrop & Harkrider, LLP – San Francisco
                                                          560 Mission St.
                                                          San Francisco, CA 94105
                                                          415–490–1486
                                                          Fax: 415–490–2001
                                                          Email: dbitton@axinn.com
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Eric Mahr**
                                                          Freshfields Bruckhaus Deringer US LLP
                                                          700 13th St NW
                                                          Washington, DC 20005
                                                          202–777–4545

Fax: 202–507–5945
Email: eric.mahr@freshfields.com
*ATTORNEY TO BE NOTICED*

**John D. Harkrider**
Axinn Veltrop & Harkrider, LLP – NY
114 West 47th Street
New York, NY 10036
212–728–2210
Fax: 212–728–2201
Email: jharkrider@axinn.com
*ATTORNEY TO BE NOTICED*

**Julie Elmer**
Freshfields Bruckhaus Deringer US LLP
700 13th St NW
Washington, DC 20005
202–777–4587
Fax: 202–507–5987
Email: julie.elmer@freshfields.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/16/2020 | Ï 1 | COMPLAINT (REDACTED) against Google, LLC, filed by State of Mississippi, State of Idaho, State of Missouri, State of South Dakota, State of Arkansas, State of North Dakota, The State Of Texas, State of Indiana, State of Utah, Commonwealth of Kentucky. (Attachments: # 1 Civil Cover Sheet)(kls, ) (Entered: 12/16/2020) |
| 12/16/2020 | Ï 2 | MOTION to Seal Document *(Unredacted Complaint)* by Commonwealth of Kentucky, State of South Dakota, State of Arkansas, State of Idaho, State of Indiana, State of Mississippi, State of Missouri, State of North Dakota, State of Utah, The State Of Texas. (Attachments: # 1 Text of Proposed Order)(Ashton, David) (Entered: 12/16/2020) |
| 12/16/2020 | Ï | Case Assigned to District Judge Sean D. Jordan. (kls, ) (Entered: 12/16/2020) |
| 12/16/2020 | Ï | Filing fee: $ 402.00, receipt number TXE100020929 (tkd, ) (Entered: 12/16/2020) |
| 12/16/2020 | Ï | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non–jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (kls, ) (Entered: 12/16/2020) |
| 12/17/2020 | Ï 3 | ORDER – granting 2 Motion for Leave to File Unredacted Complaint Under Seal. Signed by District Judge Sean D. Jordan on 12/17/2020. (baf, ) (Entered: 12/17/2020) |
| 12/21/2020 | Ï 4 | NOTICE of Attorney Appearance – Pro Hac Vice by Elin S Alm on behalf of State of North Dakota. Filing fee $ 100, receipt number 0540–8162739. (Alm, Elin) (Entered: 12/21/2020) |
| 12/21/2020 | Ï 5 | NOTICE of Attorney Appearance – Pro Hac Vice by Hart Martin on behalf of State of Mississippi. Filing fee $ 100, receipt number 0540–8163309. (Martin, Hart) (Entered: 12/21/2020) |
| 12/22/2020 | Ï 6 | NOTICE of Attorney Appearance – Pro Hac Vice by Brett DeLange on behalf of State of Idaho. Filing fee $ 100, receipt number 0540–8164572. (DeLange, Brett) (Entered: 12/22/2020) |

| 12/22/2020 | Ï 7 | NOTICE of Attorney Appearance – Pro Hac Vice by Yvette K Lafrentz on behalf of State of South Dakota. Filing fee $ 100, receipt number 0540–8165089. (Lafrentz, Yvette) (Entered: 12/22/2020) |
|---|---|---|
| 12/22/2020 | Ï 8 | NOTICE of Attorney Appearance – Pro Hac Vice by Ashley C Keller on behalf of The State Of Texas. Filing fee $ 100, receipt number 0540–8165762. (Keller, Ashley) (Entered: 12/22/2020) |
| 12/22/2020 | Ï 9 | NOTICE of Attorney Appearance – Pro Hac Vice by Warren D Postman on behalf of The State Of Texas. Filing fee $ 100, receipt number 0540–8166151. (Postman, Warren) (Entered: 12/22/2020) |
| 12/28/2020 | Ï 10 | NOTICE of Attorney Appearance – Pro Hac Vice by Kimberley Biagioli on behalf of State of Missouri. Filing fee $ 100, receipt number 0540–8169915. (Biagioli, Kimberley) (Additional attachment(s) added on 12/28/2020: # 1 Sealed Attachment) (nkl, ). (Entered: 12/28/2020) |
| 12/28/2020 | Ï 11 | NOTICE of Attorney Appearance – Pro Hac Vice by Matthew Michaloski on behalf of State of Indiana. Filing fee $ 100, receipt number 0540–8170280. (Michaloski, Matthew) (Entered: 12/28/2020) |
| 12/28/2020 | Ï 12 | NOTICE of Attorney Appearance – Pro Hac Vice by Scott Barnhart on behalf of State of Indiana. Filing fee $ 100, receipt number 0540–8170353. (Barnhart, Scott) (Entered: 12/28/2020) |
| 01/04/2021 | Ï 13 | SUMMONS Issued as to Google, LLC. (baf, ) (Entered: 01/04/2021) |
| 01/04/2021 | Ï 14 | SUMMONS Returned Executed by The State Of Texas. Google, LLC served on 1/4/2021, answer due 1/25/2021. (Keller, Ashley) (Entered: 01/04/2021) |
| 01/05/2021 | Ï 15 | NOTICE of Attorney Appearance – Pro Hac Vice by Nicholas G. Grimmer on behalf of The State Of Texas. Filing fee $ 100. (Grimmer, Nicholas) (Receipt No. TXE100020944) Modified on 1/5/2021 (bmf, ). (Entered: 01/05/2021) |
| 01/05/2021 | Ï 16 | NOTICE of Attorney Appearance – Pro Hac Vice by Kim Van Winkle on behalf of The State Of Texas. Filing fee $ 100, receipt number 0540–8181919. (Van Winkle, Kim) (Entered: 01/05/2021) |
| 01/05/2021 | Ï 17 | Emergency MOTION for Protective Order by Commonwealth of Kentucky, State of South Dakota, State of Arkansas, State of Idaho, State of Indiana, State of Mississippi, State of Missouri, State of North Dakota, State of Utah, The State Of Texas. (Attachments: # 1 Text of Proposed Order)(Lanier, W) (Attachment 1 replaced on 1/6/2021) (baf, ). (Entered: 01/05/2021) |
| 01/05/2021 | Ï 18 | NOTICE of Attorney Appearance by Alex J Brown on behalf of All Plaintiffs (Brown, Alex) (Entered: 01/05/2021) |
| 01/05/2021 | Ï 19 | NOTICE of Attorney Appearance by Zeke DeRose, III on behalf of All Plaintiffs (DeRose, Zeke) (Entered: 01/05/2021) |
| 01/06/2021 | Ï 20 | NOTICE of Attorney Appearance – Pro Hac Vice by Tara W Pincock on behalf of State of Utah. Filing fee $ 100, receipt number 0540–8183343. (Pincock, Tara) (Entered: 01/06/2021) |
| 01/06/2021 | Ï 21 | ORDER. It is hereby ORDERED that Plaintiffs must file the unredacted complaint as described in the Court's December 17, 2020 Order by no later than January 7, 2021. Signed by District Judge Sean D. Jordan on 1/6/2021. (baf, ) (Entered: 01/06/2021) |
| 01/07/2021 | Ï 22 | Sealed COMPLAINT– Unredacted Complaint. (Keller, Ashley) (Entered: 01/07/2021) |
| 01/08/2021 | Ï 23 | NOTICE of Attorney Appearance by Zeke DeRose, III on behalf of The State Of Texas (DeRose, Zeke) (Entered: 01/08/2021) |
| 01/08/2021 | Ï 24 | NOTICE of Attorney Appearance by Alex J Brown on behalf of The State Of Texas (Brown, Alex) (Entered: 01/08/2021) |

| 01/11/2021 | Ï 25 | NOTICE of Attorney Appearance – Pro Hac Vice by John Christian Lewis on behalf of Commonwealth of Kentucky. Filing fee $ 100, receipt number 0540–8191070. (Lewis, John) (Entered: 01/11/2021) |
|---|---|---|
| 01/13/2021 | Ï 26 | NOTICE of Attorney Appearance – Pro Hac Vice by Shawn Cowles on behalf of The State Of Texas. Filing fee $ 100, receipt number 0540–8195475. (Cowles, Shawn) (Entered: 01/13/2021) |
| 01/14/2021 | Ï 27 | NOTICE of Attorney Appearance – Pro Hac Vice by Johnathan R Carter on behalf of State of Arkansas. Filing fee $ 100, receipt number 0540–8197653. (Carter, Johnathan) (Entered: 01/14/2021) |
| 01/19/2021 | Ï 28 | MOTION to Change Venue *Defendant Google, LLC's Motion to Transfer Venue Pursuant to 28 U.S.C. 1404(a) and Memorandum in Support* by Google, LLC. (Attachments: # 1 Affidavit, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Text of Proposed Order)(Yetter, R) (Entered: 01/19/2021) |
| 01/19/2021 | Ï 29 | Unopposed MOTION for Leave to File *Google's Unopposed Motion for Leave to File Under Seal* by Google, LLC. (Attachments: # 1 Text of Proposed Order)(Yetter, R) (Entered: 01/19/2021) |
| 01/19/2021 | Ï 30 | [SEALED] Exhibit A to Declaration of Andrew Rope in Support of Defendant Google LLC's Motion to Transfer Venue (Attachments: # 1 Exhibit A)(Yetter, R) (Entered: 01/19/2021) |
| 01/19/2021 | Ï 31 | RESPONSE to Motion re 17 Emergency MOTION for Protective Order *Defendant Google LLC's Response to Plaintiffs' Motion for Interim Protective Order filed by Google, LLC*. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Text of Proposed Order)(Yetter, R) (Entered: 01/19/2021) |
| 01/19/2021 | Ï 32 | CORPORATE DISCLOSURE STATEMENT filed by Google, LLC identifying Corporate Parent Alphabet, Inc., Other Affiliate XXVI Holdings, Inc. for Google, LLC. (Yetter, R) (Entered: 01/19/2021) |
| 01/20/2021 | Ï 33 | ORDER – granting 29 Motion for Leave to File Under Seal. Signed by District Judge Sean D. Jordan on 1/20/2021. (baf, ) (Entered: 01/20/2021) |
| 01/21/2021 | Ï 34 | RESPONSE in Support re 17 Emergency MOTION for Protective Order *Plaintiff's Reply in Support of Their Motion for Interim Protective Order filed by The State Of Texas*. (Attachments: # 1 Exhibit Exhibit 1 (Follow Up Meet and Confer Email Chain)(Keller, Ashley) (Entered: 01/21/2021) |
| 01/22/2021 | Ï 35 | ORDER – GRANTING in part and DENYING in part 17 Emergency MOTION for Protective Order filed by State of Utah, State of Indiana, Commonwealth of Kentucky, The State Of Texas, State of South Dakota, State of Idaho, State of Mississippi, State of North Dakota, State of Arkansas, State of Missouri. It is ORDERED that a Preliminary Scheduling Conference will take place on 2/4/2021 at 10:00 AM in Ctrm 105 (Plano) before District Judge Sean D. Jordan. Signed by District Judge Sean D. Jordan on 1/22/2021. (baf, ) (Entered: 01/22/2021) |
| 01/22/2021 | Ï 36 | INTERIM PROTECTIVE ORDER. Signed by District Judge Sean D. Jordan on 1/22/2021. (baf, ) (Entered: 01/22/2021) |
| 01/22/2021 | Ï 37 | NOTICE of Attorney Appearance by Bryce L Callahan on behalf of Google, LLC (Callahan, Bryce) (Entered: 01/22/2021) |
| 01/22/2021 | Ï 38 | NOTICE by The State Of Texas *Certificate of Service of unredacted Complaint* (Keller, Ashley) (Entered: 01/22/2021) |
| 01/25/2021 | Ï 39 | NOTICE of Attorney Appearance – Pro Hac Vice by Eric Mahr on behalf of Google, LLC. Filing fee $ 100, receipt number 0540–8214814. (Mahr, Eric) (Entered: 01/25/2021) |
| 01/25/2021 | Ï 40 | |

| | | NOTICE of Attorney Appearance – Pro Hac Vice by Julie Elmer on behalf of Google, LLC. Filing fee $ 100, receipt number 0540−8214826. (Elmer, Julie) (Entered: 01/25/2021) |
|---|---|---|
| 01/25/2021 | Ï 41 | NOTICE of Attorney Appearance – Pro Hac Vice by John D. Harkrider on behalf of Google, LLC. Filing fee $ 100, receipt number 0540−8214834. (Harkrider, John) (Entered: 01/25/2021) |
| 01/25/2021 | Ï 42 | NOTICE of Attorney Appearance – Pro Hac Vice by Daniel S Bitton on behalf of Google, LLC. Filing fee $ 100, receipt number 0540−8214846. (Bitton, Daniel) (Entered: 01/25/2021) |
| 02/01/2021 | Ï 43 | NOTICE of Attorney Appearance – Pro Hac Vice by Stephen M Hoeplinger on behalf of State of Missouri. Filing fee $ 100, receipt number 0540−8226281. (Hoeplinger, Stephen) (Entered: 02/01/2021) |
| 02/01/2021 | Ï 44 | NOTICE of Attorney Appearance – Pro Hac Vice by Parrell D Grossman on behalf of State of North Dakota. Filing fee $ 100, receipt number 0540−8227701. (Grossman, Parrell) (Additional attachment(s) added on 2/2/2021: # 1 Attachment) (saenz, ). (Entered: 02/01/2021) |
| 02/02/2021 | Ï 45 | Unopposed MOTION for Leave to File *Under Seal* by The State Of Texas. (Attachments: # 1 Text of Proposed Order Proposed Order – Motion to File Under Seal)(Keller, Ashley) (Entered: 02/02/2021) |
| 02/02/2021 | Ï 46 | RESPONSE in Opposition re 28 MOTION to Change Venue *Defendant Google, LLC's Motion to Transfer Venue Pursuant to 28 U.S.C. 1404(a) and Memorandum in Support filed by The State Of Texas*. (Attachments: # 1 Exhibit Ex A (Dec. of Eric Peterson), # 2 Exhibit Ex A−1 (List of Publishers and Advertisers), # 3 Exhibit Ex B (Dec. of Brooke Smith, # 4 Exhibit Ex B−1 (Class Order on Motion to Stay), # 5 Exhibit Ex B−2 (Class Motion to Dismiss), # 6 Exhibit Ex B−3 (Under Seal), # 7 Exhibit Ex B−4 (Under Seal), # 8 Exhibit Ex B−5 (Under Seal), # 9 Exhibit Ex B−6 (Under Seal), # 10 Exhibit Ex B−7 (Under Seal), # 11 Exhibit Ex B−8 (Under Seal), # 12 Exhibit Ex B−9 (Under Seal), # 13 Exhibit Ex B−10 (Under Seal), # 14 Exhibit Ex B−11 (Under Seal), # 15 Exhibit Ex B−12 (Under Seal), # 16 Exhibit Ex B−13 (Under Seal), # 17 Exhibit Ex C (News Media Alliance, Dec. Danielle Coffey), # 18 Exhibit Ex D (Digital Content Next, Dec. Jason Kint), # 19 Exhibit Ex E (News Media Association, Dec. David Newell), # 20 Text of Proposed Order Proposed Order Denying Motion to Transfer)(Keller, Ashley) (Entered: 02/02/2021) |
| 02/02/2021 | Ï 47 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 46 Response in Opposition to Motion,,,,,.. (Attachments: # 1 Exhibit Ex B−3 (Under Seal), # 2 Exhibit Ex B−4 (Under Seal), # 3 Exhibit Ex B−5 (Under Seal), # 4 Exhibit Ex B−6 (Under Seal), # 5 Exhibit Ex B−7 (Under Seal), # 6 Exhibit Ex B−8 (Under Seal), # 7 Exhibit Ex B−9 (Under Seal), # 8 Exhibit Ex B−10 (Under Seal), # 9 Exhibit Ex B−11 (Under Seal), # 10 Exhibit Ex B−12 (Under Seal), # 11 Exhibit Ex B−13 (Under Seal))(Keller, Ashley) (Entered: 02/02/2021) |
| 02/03/2021 | Ï 48 | ORDER – granting 45 Motion for Leave to File Under Seal. It is therefore ORDERED that Plaintiffs' Exhibits B−3 through B−13, (Dkt. 47 ), to the Declaration of Brooke Smith in support of Plaintiffs' Response in Opposition to Google's Motion to Transfer Venue shall remain SEALED. Signed by District Judge Sean D. Jordan on 2/3/2021. (baf, ) (Entered: 02/03/2021) |
| 02/03/2021 | Ï | NOTICE: The public may access an audio−only feed of the Preliminary Scheduling Conference set for Thursday, February 4, 2021, at 10:00 a.m. by dialing (877) 336−1839 (Access Code: 6161094). (ldm) (Entered: 02/03/2021) |
| 02/04/2021 | Ï 49 | Minute Entry for proceedings held before District Judge Sean D. Jordan: Preliminary Scheduling Conference held on 2/4/2021. (Court Reporter Gayle Wear.) (bss, ) (Entered: 02/04/2021) |
| 02/04/2021 | Ï 50 | PAPER TRANSCRIPT REQUEST by Google, LLC for proceedings held on February 4, 2021 Preliminary Scheduling Conference before Judge Sean D. Jordan. (Yetter, R) (Forwarded to Gayle Wear on 2/4/2021) (ljw, ). (Entered: 02/04/2021) |

| 02/05/2021 | Ï 51 | Unopposed MOTION for Leave to File *Under Seal* by The State Of Texas. (Attachments: # 1 Text of Proposed Order Proposed Order – Motion to File Under Seal)(Keller, Ashley) (Entered: 02/05/2021) |
|---|---|---|
| 02/05/2021 | Ï 52 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 51 Unopposed MOTION for Leave to File *Under Seal*. (Attachments: # 1 Plaintiffs Response In Opposition to Googles Motion to Transfer Venue, # 2 Ex B Declaration of Brooke Smith)(Keller, Ashley) (Entered: 02/05/2021) |
| 02/08/2021 | Ï 53 | SEALED RESPONSE to Motion re 51 Unopposed MOTION for Leave to File *Under Seal* filed by The State Of Texas. (Keller, Ashley) (Entered: 02/08/2021) |
| 02/08/2021 | Ï 54 | Sealed Document. (Keller, Ashley) (Entered: 02/08/2021) |
| 02/08/2021 | Ï 55 | ORDER – granting 51 Motion for Leave to File Under Seal. It is therefore ORDERED that the unredacted versions of Plaintiffs' Response in Opposition to Defendant Google LLC's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404 (a) and the Declaration of Brooke Smith in support thereof, (Dkt. 52 ), are deemed proper as filed and are to remain under seal. Signed by District Judge Sean D. Jordan on 2/8/2021. (baf, ) (Entered: 02/08/2021) |
| 02/08/2021 | Ï 56 | NOTICE of Attorney Appearance – Pro Hac Vice by Brooke Clason Smith on behalf of The State Of Texas. Filing fee $ 100, receipt number 0540–8239386. (Smith, Brooke) (Entered: 02/08/2021) |
| 02/08/2021 | Ï 57 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Preliminary Scheduling Conference Proceedings held on February 4, 2021, before Judge Sean D. Jordan. Court Reporter: Gayle Wear, RPR, CRR; Telephone number: 214–872–4867.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Motion to Redact due 3/1/2021. Release of Transcript Restriction set for 5/9/2021. (gwear, ) (Entered: 02/08/2021) |
| 02/08/2021 | Ï 58 | PAPER TRANSCRIPT REQUEST by The State Of Texas for proceedings held on 2/4/2021 Preliminary Scheduling Conference before Judge Sean D. Jordan. (DeRose, Zeke)(Forwarded to Gayle Wear on 2/9/2021) (ljw, ). (Entered: 02/08/2021) |
| 02/09/2021 | Ï 59 | NOTICE of Hearing on Motion 28 MOTION to Change Venue: *Defendant Google, LLC's Motion to Transfer Venue Pursuant to 28 U.S.C. 1404(a) and Memorandum in Support* is set for hearing on Friday, 3/5/2021, at 10:00 a.m. in Ctrm 105 (Plano) before District Judge Sean D. Jordan. (ldm) (Entered: 02/09/2021) |
| 02/09/2021 | Ï 60 | NOTICE: The public may access an audio–only feed of the hearing on Defendant Google, LLC.'s Motion to Transfer Venue 28 set for Friday, 3/5/2021, at 10:00 a.m. by dialing (877) 336–1839 (Access Code: 6161094). Proceedings may not be recorded or otherwise broadcast for public dissemination.(ldm) (Entered: 02/09/2021) |
| 02/09/2021 | Ï 61 | RESPONSE in Support re 28 MOTION to Change Venue *Defendant Google, LLC's Motion to Transfer Venue Pursuant to 28 U.S.C. 1404(a) and Memorandum in Support Reply in Support of Defendant Google LLC's Motion to Transfer Venue Pursuant to 28 U.S.C 1404(a) filed by Google, LLC*. (Attachments: # 1 Exhibit A, # 2 Exhibit A1, # 3 Exhibit A2, # 4 Exhibit B, # 5 Exhibit B1, # 6 Exhibit B2, # 7 Exhibit B3, # 8 Exhibit B4, # 9 Exhibit B5, # 10 Exhibit B6, # 11 Exhibit B7, # 12 Exhibit B8, # 13 Exhibit B9, # 14 Exhibit B10, # 15 Exhibit B11, # 16 Exhibit B12, # 17 |

| | | Exhibit C)(Yetter, R) (Entered: 02/09/2021) |
|---|---|---|
| 02/09/2021 | Ï 62 | Unopposed MOTION for Leave to File *Defendant Google LLC's Unopposed Motion for Leave to File Under Seal* by Google, LLC. (Attachments: # 1 Text of Proposed Order)(Yetter, R) (Entered: 02/09/2021) |
| 02/09/2021 | Ï 63 | Sealed Second Declaration of A. Rope, Declaration of B. Callahan and Exhibits B1 and B2 SEALED ADDITIONAL ATTACHMENTS to Main Document: 61 Response in Support of Motion,,. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit B1, # 4 Exhibit B2)(Yetter, R) (Entered: 02/09/2021) |
| 02/10/2021 | Ï 64 | NOTICE of Attorney Appearance – Pro Hac Vice by John K Olson on behalf of State of Idaho. Filing fee $ 100, receipt number 0540–8242759. (Olson, John) (Entered: 02/10/2021) |
| 02/10/2021 | Ï 65 | ORDER granting 62 Unopposed MOTION for Leave to File Defendant Google LLC's Unopposed Motion for Leave to File Under Seal. Signed by District Judge Sean D. Jordan on 2/10/2021. (ch, ) (Entered: 02/10/2021) |
| 02/16/2021 | Ï 66 | SUR–REPLY to Reply to Response to Motion re 28 MOTION to Change Venue *Defendant Google, LLC's Motion to Transfer Venue Pursuant to 28 U.S.C. 1404(a) and Memorandum in Support filed by The State Of Texas.* (Keller, Ashley) (Entered: 02/16/2021) |
| 02/22/2021 | Ï 67 | *Defendant Google LLC's Answer and Affirmative Defenses to Plaintiffs' Complaint* ANSWER to 1 Complaint, by Google, LLC.(Yetter, R) (Entered: 02/22/2021) |
| 02/22/2021 | Ï 68 | Unopposed MOTION to Seal Document *Defendant Google LLC's Unopposed Motion for Leave to File Under Seal* by Google, LLC. (Attachments: # 1 Text of Proposed Order)(Yetter, R) (Entered: 02/22/2021) |
| 02/22/2021 | Ï 69 | [SEALED] Defendant Google LLC's Answer and Affirmative Defenses to Plaintiffs' ComplaintSealed Document. (Attachments: # 1 Sealed Answer)(Yetter, R) (Entered: 02/22/2021) |
| 02/23/2021 | Ï | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non–jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge.* (baf, ) (Entered: 02/23/2021) |
| 02/23/2021 | Ï 70 | ORDER – granting 68 Motion for Leave to File Under Seal the Unredacted Copy of Its Answer. Signed by District Judge Sean D. Jordan on 2/23/2021. (baf, ) (Entered: 02/23/2021) |
| 03/01/2021 | Ï 71 | NOTICE: Defendant Google, LLC's Motion to Transfer Venue Pursuant to 28 U.S.C. 1404(a) and Memorandum in Support 28 is RESET for hearing on Thursday, March 18, 2021, at 10:30 a.m. in Ctrm 105 (Plano) before District Judge Sean D. Jordan. (ldm) (Entered: 03/01/2021) |
| 03/01/2021 | Ï 72 | NOTICE: The public may access an audio–only feed of the hearing on Defendant Google, LLC.'s Motion to Transfer Venue 28 set for Thursday, 3/18/2021, at 10:30 a.m. by dialing (877) 336–1839 (Access Code: 6161094). Proceedings may not be recorded or otherwise broadcast for public dissemination. (Entered: 02/09/2021). (ldm) (Entered: 03/01/2021) |
| 03/10/2021 | Ï 73 | NOTICE of Attorney Appearance – Pro Hac Vice by Matthew Levinton on behalf of The State Of Texas. Filing fee $ 100, receipt number 0540–8288468. (Levinton, Matthew) (Entered: 03/10/2021) |
| 03/11/2021 | Ï 74 | ORDER. The Court hereby ORDERS the parties to file a Joint Advisory, by no later than March 17, 2021, that states each party's position as to whether any case specific adjustments should be made to the OGP's substantive requirements and/or the anticipated schedule and deadlines |

| | | described herein. Signed by District Judge Sean D. Jordan on 3/11/2021. (mcg, ) (Entered: 03/11/2021) |
|---|---|---|
| 03/15/2021 | Ï 75 | MOTION to Seal *Plaintiffs' Unopposed Motion For Leave to File Under Seal – (Unredacted Amended Complaint)* by Commonwealth of Kentucky, State of South Dakota, State of Arkansas, State of Idaho, State of Indiana, State of Mississippi, State of Missouri, State of North Dakota, State of Utah, The State Of Texas, State of Alaska, State of Florida, State of Nevada, Commonwealth of Puerto Rico, State of Montana. (Attachments: # 1 Text of Proposed Order Proposed Order – Motion to File Under Seal)(Keller, Ashley) (Entered: 03/15/2021) |
| 03/15/2021 | Ï 76 | Sealed Document. (Attachments: # 1 Unredacted Amended Complaint)(Keller, Ashley) (Entered: 03/15/2021) |
| 03/15/2021 | Ï 77 | AMENDED COMPLAINT *(REDACTED)* against All Defendants, filed by State of Mississippi, State of Montana, State of Idaho, State of Missouri, State of Florida, State of South Dakota, State of Nevada, State of Arkansas, State of North Dakota, The State Of Texas, State of Indiana, State of Utah, State of Alaska, Commonwealth of Puerto Rico, Commonwealth of Kentucky.(Keller, Ashley) (Entered: 03/15/2021) |
| 03/16/2021 | Ï 78 | ORDER – granting 75 Motion for Leave to File Under Seal. Signed by District Judge Sean D. Jordan on 3/16/2021. (baf, ) (Entered: 03/16/2021) |
| 03/17/2021 | Ï 79 | NOTICE of Attorney Appearance by R Floyd Walker on behalf of The State Of Texas (Walker, R) (Entered: 03/17/2021) |
| 03/17/2021 | Ï 80 | Submission of Proposed Agreed Discovery order by Google, LLC *Joint Advisory Regarding the OGP*. (Yetter, R) (Entered: 03/17/2021) |
| 03/17/2021 | Ï 81 | NOTICE of Attorney Appearance – Pro Hac Vice by Lucas J Tucker on behalf of State of Nevada. Filing fee $ 100, receipt number 0540–8303340. (Tucker, Lucas) (Entered: 03/17/2021) |
| 03/17/2021 | Ï 82 | NOTICE of Attorney Appearance – Pro Hac Vice by Michelle C Newman on behalf of State of Nevada. Filing fee $ 100, receipt number 0540–8303353. (Newman, Michelle) (Entered: 03/17/2021) |
| 03/18/2021 | Ï 83 | STATUS REPORT *Joint Status Report Regarding Protective Order* by Google, LLC. (Attachments: # 1 Exhibit Joint Exhibit 1, # 2 Exhibit Joint Exhibit 2, # 3 Exhibit Google Exhibit A, # 4 Exhibit Google Exhibit B)(Yetter, R) (Entered: 03/18/2021) |
| 03/18/2021 | Ï 84 | NOTICE of Attorney Appearance – Pro Hac Vice by Marie W.L. Martin on behalf of State of Nevada. Filing fee $ 100, receipt number 0540–8304613. (Martin, Marie) (Entered: 03/18/2021) |
| 03/18/2021 | Ï 85 | NOTICE of Attorney Appearance – Pro Hac Vice by Mark Mattioli on behalf of State of Montana. Filing fee $ 100, receipt number 0540–8305348. (Mattioli, Mark) (Entered: 03/18/2021) |
| 03/18/2021 | Ï 86 | PAPER TRANSCRIPT REQUEST by Google, LLC for proceedings held on March 18, 2021 Hearing on Motion to Change Venue before Judge Judge Sean D. Jordan. (Yetter, R) (Forwarded to Gayle Wear on 3/18/2021) (ljw, ). (Entered: 03/18/2021) |
| 03/18/2021 | Ï 87 | ELECTRONIC Minute Entry for proceedings held before District Judge Sean D. Jordan: Motion Hearing held on 3/18/2021 Re: 28 Defendant Google, LLC's Motion to Transfer Venue Pursuant to 28 U.S.C. 1404(a) and Memorandum in Support filed by Google, LLC. Motion taken under advisement. (Court Reporter Gayle Wear. 10:35–1:18) (Counsel appearance list attached.) (ldm) (Entered: 03/18/2021) |
| 03/22/2021 | Ï 88 | ORDER GOVERNING PROCEEDINGS. Rule 26(f) attorney conference on or before: April 5, 2021. Complete initial mandatory disclosures required by this Order: April 23, 2021. File joint report of attorney conference: April 27, 2021. This should follow initial mandatory disclosures, so |

| | | |
|---|---|---|
| | | a realistic proposal regarding depositions and other discovery can be included. The case is SET for a Rule 16 management conference on Thursday, May 3, 2021, at 10:00 a.m. at the United States Courthouse, 7940 Preston Road, Plano, Texas 75024. Signed by District Judge Sean D. Jordan on 3/22/2021. (kls, ) (Entered: 03/22/2021) |
| 03/22/2021 | Ï 89 | ***PLEASE DISREGARD – FILED IN ERROR – DOCUMENT IS NOT IN PLEADING FORM***<br><br>NOTICE by The State Of Texas *Letter to R. Paul Letter re. Investigative Materials and Third–Party Documents (Court copy)* (DeRose, Zeke) Modified on 3/23/2021 (baf, ). (Entered: 03/22/2021) |
| 03/23/2021 | Ï 90 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Motion to Transfer Venue Proceedings held on March 18, 2021, before Judge Sean D. Jordan. Court Reporter: Gayle Wear, RPR, CRR; Telephone number: 214.872.4867.<br><br>**<span style="color:red">NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov</span>**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Motion to Redact due 4/13/2021. Release of Transcript Restriction set for 6/21/2021. (gwear, ) (Entered: 03/23/2021) |
| 03/23/2021 | Ï 91 | PAPER TRANSCRIPT REQUEST by The State Of Texas for proceedings held on 03/18/2021 – Mtn to Change Venue before Judge Hon. Sean Jordan. (DeRose, Zeke) (Forwarded to Gayle Wear on 3/25/2021) (ljw, ). (Entered: 03/23/2021) |
| 03/23/2021 | Ï | ***FILED IN ERROR BY ATTORNEY – LETTERS ARE NOT FILED OF RECORD IN THIS COURT – ALL DOCUMENTS SUBMITTED FOR FILING SHOULD BE IN PLEADING FORM. Document # 89, NOTICE. PLEASE IGNORE.***<br><br>(baf, ) (Entered: 03/23/2021) |
| 03/23/2021 | Ï 92 | AMENDED ORDER GOVERNING PROCEEDINGS. The case is SET for a Rule 16 management conference on Monday, 5/3/2021 at 10:00 AM in Ctrm 105 (Plano) before District Judge Sean D. Jordan. Rule 26 Meeting Joint Report due by 4/27/2021. Signed by District Judge Sean D. Jordan on 3/23/2021. (baf, ) (Entered: 03/23/2021) |
| 03/25/2021 | Ï 93 | STIPULATION re 77 Amended Complaint, *Stipulation Regarding Defendant's Deadline to Respond to Amended Complaint* by Google, LLC. (Yetter, R) (Entered: 03/25/2021) |
| 03/25/2021 | Ï 94 | NOTICE of Attorney Appearance – Pro Hac Vice by Philip R Heleringer on behalf of Commonwealth of Kentucky. Filing fee $ 100, receipt number 0540–8319430. (Heleringer, Philip) (Entered: 03/25/2021) |
| 03/26/2021 | Ï 95 | NOTICE of Attorney Appearance – Pro Hac Vice by Chuck Munson on behalf of State of Montana. Filing fee $ 100, receipt number 0540–8322925. (Munson, Chuck) (Entered: 03/26/2021) |
| 04/06/2021 | Ï 96 | *Defendant Google LLC's Answer and Affirmative Defenses to Plaintiffs' Amended Complaint* ANSWER to 77 Amended Complaint, by Google, LLC.(Yetter, R) (Entered: 04/06/2021) |
| 04/06/2021 | Ï 97 | |

| | | |
|---|---|---|
| | | Unopposed MOTION to Seal Document 96 Answer to Amended Complaint *Defendant Google LLC's Unopposed Motion for Leave to File Under Seal* by Google, LLC. (Attachments: # 1 Text of Proposed Order)(Yetter, R) (Entered: 04/06/2021) |
| 04/06/2021 | 98 | Sealed Answer of Defendant Google LLCSealed Document. (Attachments: # 1 Supplement)(Yetter, R) (Entered: 04/06/2021) |
| 04/07/2021 | | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (baf, ) (Entered: 04/07/2021) |
| 04/07/2021 | 99 | ORDER granting 97 Motion for Leave to File Under Seal an Unredacted Version of Its Answer to the Amended Complaint. Signed by District Judge Sean D. Jordan on 4/7/2021. (baf, ) (Entered: 04/07/2021) |
| 04/09/2021 | 100 | NOTICE of Attorney Appearance – Pro Hac Vice by Lee Istrail on behalf of State of Florida. Filing fee $ 100, receipt number 0540-8348206. (Istrail, Lee) (Entered: 04/09/2021) |
| 04/14/2021 | 101 | PROTECTIVE ORDER. Signed by District Judge Sean D. Jordan on 4/14/2021. (baf, ) (Entered: 04/14/2021) |
| 04/16/2021 | 102 | NOTICE: The public may access an audio-only feed of the Rule 16 Management Conference set for Monday, May 3, 2021, at 10:00 a.m. by dialing (877) 336-1839 (Access Code: 6161094). Proceedings may not be recorded or otherwise broadcast for public dissemination. (ldm) (Entered: 04/16/2021) |
| 04/19/2021 | 103 | NOTICE of Attorney Appearance – Pro Hac Vice by Stephen Yelderman on behalf of The State Of Texas. Filing fee $ 100, receipt number 0540-8365769. (Yelderman, Stephen) (Additional attachment(s) added on 4/20/2021: # 1 Sealed Attachment) (nkl, ). (Entered: 04/19/2021) |
| 04/20/2021 | 104 | NOTICE of Attorney Appearance – Pro Hac Vice by Jason Allen Zweig on behalf of The State Of Texas. Filing fee $ 100, receipt number 0540-8367760. (Zweig, Jason) (Entered: 04/20/2021) |
| 04/22/2021 | 105 | NOTICE of Attorney Appearance – Pro Hac Vice by Jeffery G Pickett on behalf of State of Alaska. Filing fee $ 100, receipt number 0540-8373629. (Pickett, Jeffery) (Entered: 04/22/2021) |
| 04/23/2021 | 106 | NOTICE by Google, LLC *Defendant Google LLC's Notice of Initial Disclosures* (Yetter, R) (Entered: 04/23/2021) |
| 04/23/2021 | 107 | NOTICE of Discovery Disclosure by Commonwealth of Kentucky, Commonwealth of Puerto Rico, State of South Dakota, State of Alaska, State of Arkansas, State of Florida, State of Idaho, State of Indiana, State of Mississippi, State of Missouri, State of Montana, State of Nevada, State of North Dakota, State of Utah, The State Of Texas (Lanier, W) (Entered: 04/23/2021) |
| 04/27/2021 | 108 | REPORT of Rule 26(f) Planning Meeting. (Yetter, R) (Additional attachment(s) added on 4/28/2021: # 1 Text of Proposed Order) (baf, ). (Entered: 04/27/2021) |
| 04/28/2021 | 109 | NOTICE: The Rule 16 Management Conference currently set for May 3, 2021, is reset for Thursday, May 6, 2021, at 10:00 a.m. (ldm) (Entered: 04/28/2021) |
| 04/28/2021 | 110 | NOTICE: The public may access an audio-only feed of the Rule 16 Management Conference set for Thursday, May 6, 2021, at 10:00 a.m. by dialing (877) 336-1839 (Access Code: 6161094). Proceedings may not be recorded or otherwise broadcast for public dissemination. (ldm) (Entered: 04/16/2021) (ldm) (Entered: 04/28/2021) |

| 04/28/2021 | [111] | NOTICE of Attorney Appearance – Pro Hac Vice by Charles J Cooper on behalf of State of Montana. Filing fee $ 100, receipt number 0540–8385741. (Cooper, Charles) (Entered: 04/28/2021) |
|---|---|---|
| 04/28/2021 | [112] | NOTICE of Attorney Appearance – Pro Hac Vice by Brian W Barnes on behalf of State of Montana. Filing fee $ 100, receipt number 0540–8385757. (Barnes, Brian) (Entered: 04/28/2021) |
| 04/28/2021 | [113] | NOTICE of Attorney Appearance – Pro Hac Vice by Harold S Reeves on behalf of State of Montana. Filing fee $ 100, receipt number 0540–8385761. (Reeves, Harold) (Entered: 04/28/2021) |
| 04/29/2021 | | Set/Reset Hearings: Scheduling Conference reset for 5/6/2021 at 10:00 a.m. in Ctrm 105 (Plano) before District Judge Sean D. Jordan. (ldm) (Entered: 04/29/2021) |
| 04/30/2021 | [114] | NOTICE by Google, LLC *Notice by Defendant Google LLC Regarding Multidistrict Litigation* (Yetter, R) (Entered: 04/30/2021) |
| 05/03/2021 | [115] | NOTICE of Attorney Appearance – Pro Hac Vice by David H Thompson on behalf of State of Montana. Filing fee $ 100, receipt number 0540–8392012. (Thompson, David) (Entered: 05/03/2021) |
| 05/06/2021 | [116] | PAPER TRANSCRIPT REQUEST by Google, LLC for proceedings held on May 6, 2021 Rule 16 Management Conference before Judge Sean D. Jordan. (Yetter, R) (Forwarded to Gayle Wear on 5/6/2021) (ljw, ). (Entered: 05/06/2021) |
| 05/06/2021 | [117] | PAPER TRANSCRIPT REQUEST by The State Of Texas for proceedings held on May 6, 2021 Rule 16 Management Conference before Judge Sean D. Jordan. (Smith, Brooke) (Forwarded to Gayle Wear on 5/6/2021)(ljw, ). (Entered: 05/06/2021) |
| 05/06/2021 | 118 | ELECTRONIC Minute Entry for proceedings held before District Judge Sean D. Jordan: Scheduling Conference held on 5/6/2021. (Court Reporter Gayle Wear.) (Mark Lanier, Zeke DeRose, Roger Alford, David Ashton, and James Lloyd for Plaintiffs; Paul Yetter and Eric Mahr for Defendant.) (Time in Court 10:03–11:15.) (ldm) (Entered: 05/06/2021) |
| 05/07/2021 | [119] | STATUS REPORT *Joint Report Regarding Changes to Discovery Limitations* by Google, LLC. (Yetter, R) (Entered: 05/07/2021) |
| 05/17/2021 | [120] | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Rule 16 Management Conference Proceedings held on May 6, 2021, before Judge Sean D. Jordan. Court Reporter: Gayle Wear, Telephone number: 214–872–4867.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Motion to Redact due 6/7/2021. Release of Transcript Restriction set for 8/15/2021. (gwear, ) (Entered: 05/17/2021) |
| 05/20/2021 | [121] | ORDER Denying [28] Motion to Change Venue. Signed by District Judge Sean D. Jordan on 5/20/2021. (ldm) (Entered: 05/20/2021) |
| 05/20/2021 | [122] | MEMORANDUM OPINION AND ORDER re; denying [28] MOTION to Change Venue *Defendant Google, LLC's Motion to Transfer Venue Pursuant to 28 U.S.C. 1404 (a) and* |

| | | |
|---|---|---|
| | | *Memorandum in Support* filed by Google, LLC. Signed by District Judge Sean D. Jordan on 5/20/2021. **Note: Redocketed for statistical purposes.**<br><br>(kls, ) (Entered: 05/21/2021) |
| 05/21/2021 | I 123 | SCHEDULING ORDER: Final Pretrial Conference set for 6/1/2023 and 6/2/2023 at 9:00 AM in Ctrm 105 (Plano) before District Judge Sean D. Jordan. Jury Selection and Trial (or bench trial) set for 6/5/2023 at 10:00 AM in Ctrm 105 (Plano) before District Judge Sean D. Jordan. Signed by District Judge Sean D. Jordan on 5/21/2021. (kls, ) (Entered: 05/21/2021) |
| 05/25/2021 | I 124 | NOTICE of Attorney Appearance – Pro Hac Vice by Thaizza M Rodriguez on behalf of Commonwealth of Puerto Rico. Filing fee $ 100, receipt number 0540–8425948. (Rodriguez, Thaizza) (Entered: 05/25/2021) |
| 06/17/2021 | I 125 | NOTICE of Attorney Appearance – Pro Hac Vice by James R Dugan, II on behalf of The State Of Louisiana. Filing fee $ 100, receipt number 0540–8460811. (Dugan, James) (Entered: 06/17/2021) |
| 06/17/2021 | I 126 | MOTION to Intervene by State of Louisiana. (Attachments: # 1 Memo in Support, # 2 Text of Proposed Order)(Dugan, James) (Attachment 2 replaced on 6/21/2021) (baf, ). (Entered: 06/17/2021) |
| 06/29/2021 | I 127 | NOTICE of Attorney Appearance – Pro Hac Vice by Rebecca M Hartner on behalf of State of South Carolina. Filing fee $ 100, receipt number 0540–8475433. (Hartner, Rebecca) (Entered: 06/29/2021) |
| 06/29/2021 | I 128 | MOTION to Intervene by State of South Carolina. # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Text of Proposed Order) (Hartner, Rebecca) (Entered: 06/29/2021) |
| 07/09/2021 | I 129 | MOTION to Withdraw as Attorney by State of Montana. (Attachments: # 1 Text of Proposed Order Proposed Order)(Munson, Chuck) (Entered: 07/09/2021) |
| 07/12/2021 | I 130 | ORDER granting 129 Unopposed Motion to Withdraw as Attorney. ORDERED that Plaintiff State of Montana's Unopposed Motion for Withdrawal of Counsel, (Dkt. #129), is GRANTED. Chuck Munson is withdrawn as counsel for Plaintiff State of Montana. Signed by District Judge Sean D. Jordan on 7/12/2021. (kls, ) (Entered: 07/12/2021) |
| 07/13/2021 | I 131 | RESPONSE to Motion re 128 MOTION to Intervene *Response by Defendant Google LLC to the Motion to Intervene by the State of South Carolina filed by Google, LLC.* (Attachments: # 1 Text of Proposed Order)(Yetter, R) (Entered: 07/13/2021) |
| 07/20/2021 | I 132 | REPLY to Response to Motion re 128 MOTION to Intervene *filed by State of South Carolina.* (Hartner, Rebecca) (Entered: 07/20/2021) |
| 07/23/2021 | I 133 | ORDER. It is therefore ORDERED that, on or before August 6, 2021, the State of Louisiana and the State of South Carolina must supplement their motions to intervene with a complaint that sets out the claim or claims for which intervention is sought. The complaint may take the form of an amended complaint filed with the other Plaintiff States. Signed by District Judge Sean D. Jordan on 7/23/2021. (baf, ) (Entered: 07/23/2021) |
| 07/28/2021 | I 134 | Unopposed MOTION to Withdraw as Attorney *Kim Van Winkle* by The State Of Texas. (Attachments: # 1 Text of Proposed Order)(Grimmer, Nicholas) (Entered: 07/28/2021) |
| 07/29/2021 | I 135 | ORDER – granting 134 Motion to Withdraw as Attorney. Attorney Kim Van Winkle terminated. Signed by District Judge Sean D. Jordan on 7/29/2021. (baf, ) (Entered: 07/29/2021) |
| 08/04/2021 | I 136 | MOTION for Leave to File *Second Amended Complaint* by Commonwealth of Kentucky, Commonwealth of Puerto Rico, State of South Dakota, State of Alaska, State of Arkansas, State of Florida, State of Idaho, State of Indiana, State of Mississippi, State of Missouri, State of Montana, |

|  |  | State of Nevada, State of North Dakota, State of Utah, The State Of Texas. (Attachments: # 1 Text of Proposed Order)(DeRose, Zeke) (Entered: 08/04/2021) |
|---|---|---|
| 08/04/2021 | 137 | Sealed Document. (DeRose, Zeke) (Entered: 08/04/2021) |
| 08/04/2021 | 138 | AMENDED COMPLAINT – *SECOND* – against Google, LLC, filed by State of Missouri, State of Florida, State of Arkansas, The State Of Texas, State of Alaska, State of Mississippi, State of Montana, State of Idaho, State of South Dakota, State of Nevada, State of North Dakota, State of Indiana, State of Utah, Commonwealth of Puerto Rico, Commonwealth of Kentucky.(DeRose, Zeke) (Entered: 08/04/2021) |
| 08/04/2021 | 139 | NOTICE by State of South Carolina re 133 Order, *Supplement to Motion to Intervene* (Hartner, Rebecca) (Entered: 08/04/2021) |
| 08/12/2021 | 140 | ORDER of the Judicial Panel on Multidistrict Litigation directing transfer of this case to the Southern District of New York and, with the consent of that court, assigned to the Honorable P. Kevin Castel for coordinated or consolidated pretrial proceedings. It is further ORDERED that MDL No. 3010 is renamed In re: Google Digital Advertising Antitrust Litigation. (baf, ) (Entered: 08/12/2021) |
| 08/12/2021 | Ï | Interdistrict transfer to the SOUTHERN District of NEW YORK. MDL 3010. (baf, ) (Entered: 08/12/2021) |