UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- x

IN RE GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION

21-md-03010 (PKC)

---------------------------------------------------------

THE STATE OF TEXAS, et al.,

                Plaintiffs,

21-cv-06841 (PKC)

     -against-

GOOGLE LLC,

**MOTION FOR ADMISSION
PRO HAC VICE**

                Defendant.

----------------------------------------------------------- x

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, J hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the State of Texas in the above captioned action.

I am a member in good standing of the bar of the State of Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached an affidavit to this effect pursuant to Local Rule 1.3.

Dated: September 23, 2021

                                                              Respectfully submitted,

*/s/ James R. Lloyd*
JAMES R. LLOYD
Chief, Antitrust Division
Office of the Attorney General of Texas
300 W. 15th Street
Austin, Texas 78701
Tel: (512) 936-1873
James.Lloyd@oag.texas.gov

*Attorney for Plaintiff State of Texas*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 23, 2021, I filed the above pleading using this Court's CM/ECF system, which will send electronic notice of this filing to all parties to this matter and/or their counsel of record.

                                            */s/ James R. Lloyd*
                                            JAMES R. LLOYD