UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

IN RE GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION

21-md-03010 (PKC)

------------------------------------------------------------

THE STATE OF TEXAS, et al.,

            Plaintiffs,

21-cv-06841 (PKC)

   -against-

GOOGLE LLC,

**ORDER FOR ADMISSION
PRO HAC VICE**

           Defendant.

------------------------------------------------------------ x

The motion of James R. Lloyd for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Texas; and that his contact information is as follows:

    James R. Lloyd
    State of Texas, Office of the Attorney General
    300 W. 15th Street
    Austin, Texas 78701
    (512) 936-1873

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the State of Texas in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.

Dated:_____                    _____
                                          United States District Judge