# CRAVATH, SWAINE & MOORE LLP

JOHN W. WHITE
EVAN R. CHESLER
STEPHEN L. GORDON
ROBERT H. BARON
DAVID MERCADO
CHRISTINE A. VARNEY
PETER T. BARBUR
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KATHERINE B. FORREST
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
PHILIP J. BOECKMAN
RONALD E. CREAMER JR.
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS

ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
DAVID S. FINKELSTEIN
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE
JOHN D. BURETTA
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA
STEPHEN M. KESSING

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1596

WRITER'S EMAIL ADDRESS
Korsini@cravath.com

LAUREN A. MOSKOWITZ
DAVID J. PERKINS
J. LEONARD TETI, II
D. SCOTT BENNETT
TING S. CHEN
CHRISTOPHER K. FARGO
DAVID M. STUART
AARON M. GRUBER
O. KEITH HALLAM, III
OMID H. NASAB
DAMARIS HERNÁNDEZ
JONATHAN J. KATZ
DAVID L. PORTILLA
RORY A. LERARIS
KARA L. MUNGOVAN
MARGARET T. SEGALL
NICHOLAS A. DORSEY
ANDREW C. ELKEN
JENNY HOCHENBERG
VANESSA A. LAVELY
G.J. LIGELIS JR.
MICHAEL E. MARIANI
LAUREN R. KENNEDY
SASHA ROSENTHAL-LARREA
ALLISON M. WEIN
MICHAEL P. ADDIS
JUSTIN C. CLARKE
SHARONMOYEE GOSWAMI

C. DANIEL HAAREN
EVAN MEHRAN NORRIS
LAUREN M. ROSENBERG
MICHAEL L. ARNOLD
HEATHER A. BENJAMIN
MATTHEW J. BOBBY
DANIEL J. CERQUEIRA
ALEXANDRA C. DENNING
HELAM GEBREMARIAM
MATTHEW G. JONES
MATTHEW M. KELLY
DAVID H. KORN
BRITTANY L. SUKIENNIK
ANDREW M. WARK

PARTNER EMERITUS
SAMUEL C. BUTLER

OF COUNSEL
MICHAEL L. SCHLER
CHRISTOPHER J. KELLY
KIMBERLEY S. DREXLER
NICOLE F. FOSTER
LILLIAN S. GROSSBARD
KIMBERLY A. GROUSSET
ANDREI HARASYMIAK

[Handwritten annotation: "1) (if any?) Names, contact information of Facebook employees should be redacted before the Second Amended Complaint is publicly filed."]

October 21, 2021

*In re Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010 (PKC)
*State of Texas, et al. v. Google LLC*, No. 1:21-cv-06841 (PKC)

[Handwritten: "SO ORDERED. /s/ [signature], USDJ  10-21-21"]

Dear Judge Castel:

      We represent defendant Facebook, Inc. in the above-captioned multi-district litigation. We write in regards to the Court's October 15, 2021 Order (the "Order") (Dkt. 147) granting in part and denying in part defendant Google, LLC's ("Google") Motion To Seal Limited Items In The Second Amended Complaint (Dkt. 116). In accordance with Rule 1.A of the Court's Individual Practices, we note that no upcoming conferences are currently scheduled in this matter. While Facebook did not file a response to the Court's September 7, 2021 order to show cause (Dkt. 61), we have met and conferred with Plaintiffs in *State of Texas, et al. v. Google LLC* and Plaintiffs take no position on Facebook's relief requested in this letter.

      As noted in the Order, with respect to the Second Amended Complaint in the *Texas* action, "[s]ome of the redactions go toward Google's relationship with Facebook, which is a non-party to th[e] [*Texas*] action." (Dkt. 147 at 7.) Because Facebook is a non-party to the *Texas* action, Facebook has not received a fully unredacted copy of the Second Amended Complaint. The Order provides, *inter alia*, that "[t]he names and contact information of [Google's] employees have no apparent bearing on any issue in this dispute. The privacy interests of these Google employees outweighs the strong presumption of public access", and grants Google's motion to seal as to the paragraphs containing information about Google's employees. (*Id.*) The Order directed the *Texas* plaintiffs to file an unredacted copy of the Second Amended Complaint that adhered to the Order on or before October 22, 2021.

      As set forth in the Order, "[n]on-parties to an action may have 'significant privacy interests' that favor redaction of identifying information." (*Id.* at 9 (citing *Kewazinga Corp. v. Microsoft Corp.*, 2021 WL 1222122, at *5 (S.D.N.Y. Mar. 31, 2021) (Woods, J.).) Similar to information about Google's employees, "[t]he names . . . of [Facebook's] employees have no apparent bearing on any issue in this dispute, [and] [t]he privacy interests of these [Facebook]

employees outweighs the strong presumption of public access." (*Id.*)  Accordingly, Facebook respectfully requests that the Court modify the Order (Dkt. 147) to afford to any information about Facebook employees the same treatment being afforded to information about Google's employees.

Due to the impending deadline for the *Texas* plaintiffs to file a partially unredacted version of their Second Amended Complaint, we have faxed a copy of this letter to the Court in accordance with Rule 1.A of the Court's Individual Practices.  We appreciate the Court's attention to this urgent matter.

Respectfully submitted,

Kevin J. Orsini

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

cc:   All Counsel of Record (via CM/ECF)

[[DMS:5729159v3:10/21/2021--10:19 AM]]