UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION**

**No. 21-MD-3010 (PKC)**

*This Motion Relates To:*

**THE STATE OF TEXAS,** *et al.,*

                     *Plaintiffs,*

      - against -

**GOOGLE LLC,**

                 *Defendant.*

**No. 21-CV-6841 (PKC)**

**DEFENDANT GOOGLE LLC'S NOTICE OF MOTION TO SEAL LIMITED PERSONAL INFORMATION IN EXHIBIT A TO THE DECLARATION OF ANDREW J. EWALT IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION TO DISMISS <u>COUNTS I THROUGH IV OF STATE PLAINTIFFS' THIRD AMENDED COMPLAINT</u>**

FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Fax: (202) 777-4555

AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
Telephone: (212) 728-2200
Fax: (212) 728-2201

*Counsel for Defendant Google LLC*

WILSON SONSINI GOODRICH &
ROSATI
Professional Corporation
One Market Plaza, Spear Tower
Suite 3300
San Francisco, CA  94105
Telephone: (415) 947-2000
Fax: (415) 947-2099

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, which is being submitted contemporaneously with this Notice of Motion, Defendant Google LLC will move this Court, before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, for an Order to maintain under seal limited personal information in Exhibit A to the Declaration of Andrew J. Ewalt in Support of Google LLC's Motion to Dismiss Counts I Through IV of State Plaintiffs' Third Amended Complaint. *See Lugosch v. Pyramid Co. of Ononda*ga, 435 F.3d 110, 120 (2d Cir. 2006).

Dated: January 21, 2022                         Respectfully Submitted,

                                                /s/ *Eric Mahr*
                                                Eric Mahr
                                                Julie Elmer
                                                Andrew J. Ewalt (admitted *pro hac vice*)
                                                Jan Rybnicek (admitted *pro hac vice*)
                                                Lauren Kaplin
                                                Robert J. McCallum
                                                FRESHFIELDS BRUCKHAUS
                                                    DERINGER US LLP
                                                700 13th Street NW, 10th Floor
                                                Washington, DC 20005
                                                (202) 777-4500
                                                eric.mahr@freshfields.com
                                                julie.elmer@freshfields.com
                                                andrew.ewalt@freshfields.com
                                                jan.rybnicek@freshfields.com
                                                lauren.kaplin@freshfields.com
                                                rob.mccallum@freshfields.com

                                                Justina Sessions
                                                Jonathan Jacobson
                                                Jessica Lonergan
                                                Mikaela Evans-Aziz (*pro hac vice* motion
                                                forthcoming)
                                                WILSON SONSINI GOODRICH &
                                                    ROSATI

Professional Corporation
One Market Plaza, Spear Tower
Suite 3300
San Francisco, CA 94105
(415) 947-2000
jsessions@wsgr.com
jjacobson@wsgr.com
jlonergan@wsgr.com
mevansaziz@wsgr.com

John Harkrider
Daniel Bitton
Bradley Justus (admitted *pro hac vice*)
Koren Wong-Ervin (pending *pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
(212) 728-2200
jharkrider@axinn.com
dbitton@axinn.com
bjustus@axinn.com
kwongervin@axinn.com

*Counsel for Defendant Google LLC*