UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Civil Action No.: 1:21-md-03010-PKC |
| THIS DOCUMENT RELATES TO: | Related File |
| STATE OF TEXAS<br>By Attorney General Ken Paxton | Civil Action No. 1:21-cv-06841-PKC |
| STATE OF ALASKA<br>By Attorney General Treg R. Taylor | **JURY TRIAL DEMANDED** |
| STATE OF ARKANSAS<br>By Attorney General Leslie Rutledge | |
| STATE OF FLORIDA<br>By Attorney General Ashley Moody | |
| STATE OF IDAHO<br>By Attorney General Lawrence G. Wasden | |
| STATE OF INDIANA<br>By Attorney General Todd Rokita | |
| COMMONWEALTH OF KENTUCKY<br>By Attorney General Daniel Cameron | |
| STATE OF LOUISIANA<br>By Attorney General Jeff Landry | |
| STATE OF MISSISSIPPI<br>By Attorney General Lynn Fitch | |
| STATE OF MISSOURI<br>By Attorney General Eric Schmitt | |
| STATE OF MONTANA<br>By Attorney General Austin Knudsen | |
| STATE OF NEVADA<br>By Attorney General Aaron D. Ford | |

STATE OF NORTH DAKOTA
By Attorney General Wayne Stenehjem

COMMONWEALTH OF PUERTO RICO
By Attorney General Domingo
Emanuelli- Hernández

STATE OF SOUTH CAROLINA
By Attorney General Alan Wilson

STATE OF SOUTH DAKOTA
By Attorney General Jason R. Ravnsborg

*and*

STATE OF UTAH
By Attorney General Sean D. Reyes

Plaintiffs,

      vs.

GOOGLE LLC,

Defendant.

### STATE OF NORTH DAKOTA'S MOTION TO AMEND CASE CAPTION

The State of North Dakota hereby requests the Court amend the Case Caption for the reason

set forth below:

### I.

Currently, the Case Caption lists Wayne Stenehjem as the Attorney General for the State

of North Dakota. Attorney General Stenehjem recently passed away, and the new Attorney General

for the State of North Dakota is Drew H. Wrigley.  The State of North Dakota hereby requests the

Court amend the Case Caption to name Drew H. Wrigley as the Attorney General for the State of

North Dakota, in lieu of Wayne Stenehjem

**CONCLUSION**

For the reason stated above, the State of North Dakota respectfully requests the Court approve its request to amend the Case Caption listing Drew H. Wrigley as the Attorney General for North Dakota, in lieu of Wayne Stenehjem.

March 22, 2022

**For North Dakota**

| | |
|---|---|
| */s/  W. Mark Lanier* | */s/ Ashley Keller* |
| W. Mark Lanier (NY Bar No.: 4327284) | Ashley Keller |
| Mark.Lanier@LanierLawFirm.com | ack@kellerlenkner.com |
| Alex J. Brown (NY Bar No.: 4593604) | Brooke Clason Smith |
| Alex.Brown@LanierLawFirm.com | brooke.smith@kellerlenkner.com |
| Zeke DeRose III | Jason A. Zweig (NY Bar No.: 2960326) |
| Zeke.DeRose@LanierLawFirm.com | jaz@kellerlenkner.com |
| **THE LANIER LAW FIRM, PLLC** | **KELLER LENKNER LLC** |
| Tower 56 | 150 N. Riverside Plaza, Suite 4270 |
| 126 East 56th Street, 6th Floor | Chicago, IL 60606 |
| New York, NY 10022 | Telephone: (312) 741-5220 |
| Telephone: (212) 421-2800 | |
| | Zina Bash |
| | zina.bash@kellerlenker.com |
| | **KELLER LENKNER LLC** |
| | 111 Congress Avenue, Suite 500 |
| | Austin, TX 78701 |
| | Telephone: (512) 690-0990 |

*Counsel for Texas, Idaho, Indiana, Louisiana (The Lanier Law Firm only), Mississippi, North Dakota, South Carolina, and South Dakota*

*Submitted on behalf of all Plaintiff States*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2022, the foregoing Motion to Amend Case Caption

was filed through the Court's CM/ECF System, which will send a notice of electronic filing to

any listed counsel of record.

/s/ Zeke DeRose III
Zeke DeRose III