# Keller | Lenkner

The Lanier Law Firm

April 13, 2022

**VIA ECF *and* FAX**

The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007

Re: *In re Google Digital Advertising*, 1:21-md-03010 (PKC); *State of Texas, et al. v. Google LLC*, No. 1:21-cv-06841 (PKC); Conference Scheduled for April 19, 2022

Dear Judge Castel:

On Tuesday, April 12, 2022, the Court issued an Order setting a conference regarding discovery for next Tuesday, April 19, 2022. (Doc. 280). We write on behalf of the Plaintiff States to respectfully request that the conference be held the following Tuesday, April 26, 2022, if it is convenient for the Court. Counsel for Texas is unavailable on April 19, 2022. We have conferred with counsel for Google and Meta and they do not object to this request and all other parties are also available on Tuesday, April 26, 2022, though we note that David Boies, while available on April 19, is not available on April 26, but other counsel for the Publisher Class is then available. We note that other than the above-referenced April 19, 2022 conference, there are no other conferences scheduled at this time.

Respectfully submitted,

[Handwritten annotation: The conference relates principally to a dispute over the protective order between private litigants and Google. The States are welcome to be heard of they have anything relevant to say, but their attendance is optional. Application DENIED so ordered. /s/ PKC SDNY 4-14-22]

/s/ W. Mark Lanier
W. Mark Lanier
New York Bar No.: 4327284
Mark.Lanier@LanierLawFirm.com
Alex J. Brown
New York Bar No.: 4593604
Alex.Brown@LanierLawFirm.com
Zeke DeRose III
Zeke.DeRose@LanierLawFirm.com
Tower 56
126 East 56th Street, 6th Floor
New York, NY 10022
(212) 421-2800
THE LANIER LAW FIRM, PLLC

/s/ Ashley Keller
Ashley Keller
ack@kellerlenkner.com
Brooke Clason Smith
brooke.smith@kellerlenkner.com
Jason A. Zweig
New York Bar No.: 2960326
jaz@kellerlenkner.com
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220
Zina Bash
zina.bash@kellerlenkner.com
111 Congress Avenue, Suite 500
Austin, TX 78701

(512) 690-0990
KELLER LENKNER LLC

*Counsel for Texas, Idaho, Indiana, Louisiana (The Lanier Law Firm only), Mississippi, North Dakota, South Carolina, and South Dakota*

*Submitted on behalf of all Plaintiff States*

CC: Counsel of Record

2