UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21-MD-3010 (PKC) <br><br> **DECLARATION IN SUPPORT OF MOTION FOR ADMISSION OF DANIEL STRUNK** *PRO HAC VICE* |
| *This document relates to:* <br><br> THE STATE OF TEXAS, et al., <br><br> *Plaintiffs,* <br><br> - against - <br><br> GOOGLE LLC <br><br> *Defendants*. | No. 21-cv-6841 (PKC) |

    I, Daniel Strunk, make this declaration in support of the motion for my admission to appear and practice in this Court in the above-entitled litigation as counsel Pro Hac Vice for Plaintiffs State of Texas.

    I, Daniel Strunk, begin duly sworn, do hereby depose and say as follows:

1.     I have never been convicted of a felony.

2.     I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

3.     There are no disciplinary proceedings presently against me.

4.     Accompanying this declaration is a certificate from the Ohio Supreme Court, issued within the past thirty days, stating that I am a member in good standing of the bar.

I certify and attest, under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing statement made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Executed: May 25, 2022                    */s/ Daniel Strunk*
                                          Daniel Strunk

 THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Daniel Frederick Strunk**
Attorney Registration No. **99308**

was admitted to the practice of law in Ohio on December 16, 2019; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 24th day of May, 2022.

GINA WHITE PALMER
*Director, Attorney Services Division*

Shannon B. Scheid
*Administrative Assistant, Office of Attorney Services*

No. 2022-05-24-1
Verify by email at GoodStandingRequests@sc.ohio.gov