UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21-MD-3010 (PKC) <br><br> **ORDER FOR ADMISSION** *PRO HAC VICE* |
| *This document relates to:* <br><br> THE STATE OF TEXAS, et al., <br><br> *Plaintiffs,* <br><br> - against - <br><br> GOOGLE LLC <br><br> *Defendants.* | No. 21-cv-6841 (PKC) |

The motion of Daniel Strunk for admission to practice Pro Hac Vice in the above-entitled litigation is granted.

Daniel Strunk has declared that he is a member in good standing of the bar of the State of Ohio; and that his contact information is as follows:

> Daniel Strunk
> Keller Postman, LLC
> 1100 Vermont Avenue, N.W., 12th Floor
> Washington, DC 20005
> Tel: (202) 983-5482
> Fax: (312) 971-3502
> Email: daniel.strunk@kellerpostman.com

Daniel Strunk having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff State of Texas;

IT IS HEREBY ORDERED that Daniel Strunk is admitted to practice Pro Hac Vice in the above-entitled litigation in the United States District Court for the Southern District of New

1

York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

P. KEVIN CASTEL
United States District Judge