UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

> Application GRANTED.
> SO ORDERED.
> Dated: 8/24/2022
>
> *P. Kevin Castel*
> United States District Judge

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Civil Action No.: 1:21-md-03010-PKC |

*This motion relates to:*

| | |
|---|---|
| THE STATE OF TEXAS, *et al.*,<br><br>            *Plaintiffs*,<br><br>vs.<br><br>GOOGLE LLC,<br><br>            *Defendant*. | Civil Action No. 1:21-cv-06841-PKC<br><br><br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL** |

Pursuant to Local Civil Rule 1.4, Plaintiff State of Texas respectfully requests that Nicholas G. Grimmer be permitted to withdraw as counsel for Plaintiff State of Texas. Other attorneys from the Office of the Attorney General of Texas will remain as counsel of record for the State of Texas. The granting of this motion will not impose delay or affect any deadlines in the case. Mr. Grimmer is not retaining or charging a lien.

Dated: August 23, 2022                              Respectfully submitted,

 */s/Trevor Young*
Shawn E. Cowles
Deputy Attorney General for Civil Litigation
Shawn.Cowles@oag.texas.gov
James R. Lloyd
Chief, Antitrust Division
James.Lloyd@oag.texas.gov
Trevor Young
Assistant Attorney General, Antitrust Division
Texas Bar No. 24084138
Trevor.Young@oag.texas.gov
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548 (MC075)
Austin, TX 78711-2548
(512) 936-2334

*Attorneys for Plaintiff State of Texas*