# Robbins Geller Rudman & Dowd LLP

| Boca Raton | Melville | San Diego |
|---|---|---|
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

David W. Mitchell
davidm@rgrdlaw.com

October 5, 2022

The application to file under
seal is provisionally GRANTED.
SO ORDERED.
Dated:  10/7/2022

VIA ECF

Honorable P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 11D
New York, NY  10007-1312

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Re:     *In re Google Advertising Antitrust Litig.*,
        No. 21-md-3010 (PKC)

Dear Judge Castel:

Pursuant to this Court's Individual Practice No. 5, Plaintiffs in 24 of the 25 non-class, private cases against Google and Facebook subject to this proceeding[1], respectfully seek leave to file under seal a fully unredacted version of their Proposed Amended Complaint.  Fully unredacted complaints, in clean and redline form, are attached as Exhibits 2 and 3, respectively, to Plaintiffs' Memorandum in Support of Their Joint Motion for Leave to Amend.

---

[1]     *AIM Media Ind. Operating, LLC v. Google, LLC*, No. 1:21-cv-06912-PKC (S.D.N.Y.); *AIM Media Midwest Operating, LLC v. Google, LLC*, No. 1:21-cv-06884-PKC (S.D.N.Y.); *AIM Media Tex. Operating, LLC v. Google, LLC*, No. 1:21-cv-06888-PKC (S.D.N.Y.); *Brown Cnty. Publ'g Co., Inc. v. Google, LLC*, No. 1:21-cv-06915-PKC (S.D.N.Y.); *Capital Region Indep. Media LLC v. Google LLC*, No. 1:22-cv-06997-PKC (S.D.N.Y.); *Clarksburg Publ'g Co., d.b.a. WV News v. Google, LLC*, No. 1:21-cv-06840-PKC (S.D.N.Y.); *Coastal Point LLC v. Google LLC*, No. 1:21-cv-06824-PKC (S.D.N.Y.); *Eagle Printing Co. v. Google, LLC*, No. 1:21-cv-06881-PKC (S.D.N.Y.); *ECENT Corp. v. Google, LLC*, No. 1:21-cv-06817-PKC (S.D.N.Y.); *Emmerich Newspapers, Inc. v. Google, LLC*, No. 1:21-cv-06794-PKC (S.D.N.Y.); *Flag Publ'ns, Inc. v. Google, LLC*, No. 1:21-cv-06871-PKC (S.D.N.Y.); *Gale Force Media, LLC v. Google, LLC*, No. 1:21-cv-06909-PKC (S.D.N.Y.); *Gould Enters., Inc. v. Google, LLC*, No. 1:22-cv-01705-PKC (S.D.N.Y.); *HD Media Co., LLC v. Google, LLC*, No. 1:21-cv-06796-PKC (S.D.N.Y.); *Journal, Inc. v. Google, LLC*, No. 1:21-cv-06828-PKC (S.D.N.Y.); *Neighborhood Newspapers, Inc. v. Google, LLC*, No. 1:21-cv-10188-PKC (S.D.N.Y.); *Robinson Commc'ns, Inc. v. Google, LLC*, No. 1:21-cv-08032-PKC (S.D.N.Y.); *Rome News Media, LLC v. Google, LLC*, No. 1:21-cv-10186-PKC (S.D.N.Y.); *Savannah Publ'g Co. v. Google, LLC*, No. 1:22-cv-01693-PKC (S.D.N.Y.); *Something Extra Publ'g, Inc. v. Google, LLC*, No. 1:21-cv-09523-PKC (S.D.N.Y.); *Southern Cmty. Newspapers, Inc. v. Google, LLC*, No. 1:22-cv-01971-PKC (S.D.N.Y.); *Times Journal, Inc. v. Google, LLC*, No. 1:21-cv-10187-PKC (S.D.N.Y.); *Union City Daily Messenger, Inc. v. Google, LLC*, No. 1:22-cv-01704-PKC (S.D.N.Y.); and *Weakley Cnty. Press, Inc. v. Google, LLC*, No. 1:22-cv-01701-PKC (S.D.N.Y.).

655 West Broadway, Suite 1900     San Diego, CA 92101     Tel 619-231-1058     Fax 619-231-7423     rgrdlaw.com

**Robbins Geller**
**Rudman & Dowd** LLP

Honorable P. Kevin Castel
October 5, 2022
Page 2

     Plaintiffs have filed a public version of the Complaint with very limited redactions for allegations drawn from internal documents designated as confidential by Facebook.

     We appreciate Your Honor's consideration in this matter.

               Very truly yours,

               s/ David W. Mitchell

               DAVID W. MITCHELL

DWM:sll
Attachments

cc:    All counsel of Record via ECF

4876-5238-6870.v1