

**Via ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Washington**
700 13th Street, NW
10th Floor
Washington, DC 20005-3960
T +1 202 777 4500 (Switchboard)
   +1 202 777 4545 (Direct)
F +1 202 507 5945
E eric.mahr@freshfields.com
www.freshfields.com

December 9, 2022

**Re:** *In re Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010 (PKC); *State of Texas, et al. v. Google LLC*, No. 1:21-cv-06841 (PKC)

Dear Judge Castel:

    On behalf of Defendant Google LLC ("Google"), and pursuant to Pretrial Order No. 4 ¶ 4 (ECF No. 392), we write to report that, after meeting and conferring, Google and State Plaintiffs have reached agreement on a stipulation concerning the effect on State Plaintiffs' state law claims of the Court's Opinion and Order of September 13, 2022. The agreed stipulation is attached hereto as Exhibit A. Pursuant to Your Honor's Individual Practices, we note that a Case Management Conference is scheduled for February 15, 2023. *See* Pretrial Order No. 5 ¶ 13 (ECF No. 394).

    Respectfully submitted,

    */s/ Eric Mahr*
Eric Mahr
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street, NW
10th Floor
Washington, DC 20005
Telephone: (202) 777-4545
Email: eric.mahr@freshfields.com

Justina K. Sessions
WILSON SONSINI GOODRICH &
ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2197
Email: jsessions@wsgr.com

*Counsel for Defendant Google LLC*

CC: All Counsel of Record (via ECF)