UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | No. 21-MD-3010 (PKC) |
| **THE STATE OF TEXAS, et al.,**<br><br>*Plaintiffs,*<br><br>- against -<br><br>**GOOGLE LLC**<br><br>*Defendants.* | No. 21-cv-6841 (PKC) |

### [PROPOSED[ ORDER GRANTING MOTION TO WITHDRAWAL AS COUNSEL

Before the Court is a Motion to Withdraw Brooke Clason Smith as Counsel for the Plaintiff States, Texas, Idaho, Indiana, Mississippi, North Dakota, South Carolina, and South Dakota in the above-captioned proceeding. The Court has determined that the motion should be granted.

IT IS HEREBY ORDERED that Brooke Clason Smith is withdrawn as counsel for the Plaintiff States, Texas, Idaho, Indiana, Mississippi, North Dakota, South Carolina, and South Dakota and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification in the above-captioned proceeding.

DATE:_____          _____
                                                                  United States District / Magistrate Judge