UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21-MD-3010 (PKC) <br><br> **DECLARATION IN SUPPORT OF MOTION FOR ADMISSION OF NOAH HEINZ** *PRO HAC VICE* |
| *This document relates to:* <br><br> THE STATE OF TEXAS, et al., <br><br> *Plaintiffs,* <br><br> - against - <br><br> GOOGLE LLC <br><br> *Defendants*. | No. 21-cv-6841 (PKC) |

    I, Noah Heinz, make this declaration in support of the motion for my admission to appear and practice in this Court in the above-entitled litigation as counsel Pro Hac Vice for Plaintiffs State of Texas.

    I, Noah Heinz, begin duly sworn, do hereby depose and say as follows:

    1.    I have never been convicted of a felony.

    2.    I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

    3.    There are no disciplinary proceedings presently against me.

    4.    Accompanying this declaration is a certificate from the Clerk of the District of Columbia Court of Appeals and the District of Columbia bar, issued within the past thirty days, stating that I am a member in good standing of the bar.

I certify and attest, under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing statement made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Executed: March 9, 2023                                     */s/ Noah Heinz*
                                                            Noah Heinz



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

## Noah Stephen Heinz

was duly qualified and admitted on December 17, 2019 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on March 08, 2023.*

JULIO A. CASTILLO
Clerk of the Court

*Issued By:*

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*