UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21-MD-3010 (PKC) <br><br> **ORDER FOR ADMISSION** <br> *PRO HAC VICE* |
| *This document relates to:* <br><br> THE STATE OF TEXAS, et al., <br><br> *Plaintiffs,* <br><br> - against - <br><br> GOOGLE LLC <br><br> *Defendants.* | <br><br><br><br><br> No. 21-cv-6841 (PKC) |

The motion of Noah Heinz for admission to practice Pro Hac Vice in the above-entitled litigation is granted.

Noah Heinz has declared that he is a member in good standing of the bar of the District of Columbia; and that his contact information is as follows:

> Noah Heinz
> Keller Postman, LLC
> 1100 Vermont Avenue, N.W., 12th Floor
> Washington, DC 20005
> Tel: (202) 983-5482
> Fax: (312) 971-3502
> Email: noah.heinz@kellerpostman.com

Noah Heinz having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff State of Texas;

IT IS HEREBY ORDERED that Noah Heinz is admitted to practice Pro Hac Vice in the above-entitled litigation in the United States District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

P. KEVIN CASTEL
United States District Judge