IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21-MD-3010 (PKC) |
| THE STATE OF TEXAS, et al., Plaintiffs, -against- GOOGLE LLC Defendant. | No.: 21-cv-6841 (PKC) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al., Plaintiffs, v. GOOGLE LLC, Defendant. | Civil Action No. 3:23-cv-02100-JFA |

## GOOGLE'S WITHDRAWAL OF MOTION

Google LLC and Alphabet Inc. (collectively "Google") respectfully withdraw Google's

Motion to Transfer the South Carolina Department of Parks, Recreation and Tourism ("SCPRT")'s

Motion to Quash to the Southern District of New York, ECF No. 4. Counsel for SCPRT does not oppose this request.

Specifically, Google writes to inform the Court that the Judicial Panel on Multidistrict Litigation ("JPML") ordered a remand of the lawsuit brought by state attorneys general—including South Carolina—from the consolidated multi-district proceedings before Judge Castel in the Southern District of New York back to the Eastern District of Texas, where the suit was initiated.[1]

Although Google intends to appeal the JPML's decision and was granted a stay halting remand until further order,[2] Google withdraws its motion to transfer pending before this Court to allow for efficient resolution of the SCPRT's motion to quash.

| | |
|---|---|
| Dated: June 14, 2023 | Respectfully submitted, |
| | /s/ John Kuppens |
| | John Kuppens |
| | Federal Bar No. 5026 |
| | Nelson Mullins Riley & Scarborough, LLP |
| | 1320 Main Street, 17th Floor |
| | Columbia, SC 29201 |
| | (803) 255-9482 |
| | John.kuppens@nelsonmullins.com |
| | |
| | R. Paul Yetter |
| | (*Not Admitted in SC*) |
| | Bryce L. Callahan |
| | (*Not Admitted in SC*) |
| | Yetter Coleman LLP |
| | 811 Main Street, Suite 4100 |
| | Houston, Texas 77002 |
| | (713) 632-8000 |
| | (713) 632-8002 |
| | pyetter@yettercoleman.com |
| | bcallahan@yettercoleman.com |
| | |
| | *Attorneys for Defendant* |
| | *Google LLC* |

---

[1] *See In re: Google Digital Advertising Antitrust Litig.*, MDL No. 3010, ECF No. 250 (Remand Order).
[2] *Id.*, June 12, 2023 Text Order.